**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| SERVICIOS FUNERARIOS GG, S.A. DE C.V., <br><br> Plaintiff, <br><br> v. <br><br> ADVENT INTERNATIONAL CORPORATION, <br><br> Defendant, <br><br> and <br><br> ADVENT INTERNATIONAL CORPORATION, <br><br> Counterclaim-Plaintiff, <br><br> v. <br><br> SERVICIOS FUNERARIOS GG, S.A. DE C.V., <br><br> Counterclaim-Defendant. | Civil Action No. 23-cv-10684 |

**DEFENDANT AND COUNTERCLAIM-PLAINTIFF ADVENT INTERNATIONAL CORPORATION'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant and Counterclaim-Plaintiff Advent International Corporation ("AIC"), by and through its undersigned counsel, certifies that AIC has no parent corporation and that no publicly held corporation owns 10 percent or more of AIC's stock. AIC is a citizen of Delaware and Massachusetts.

Dated:  April 24, 2023

Respectfully submitted,

/s/ Andrew J. Rossman

/s/ Peter L. Welsh

Andrew J. Rossman*
Nicholas A. S. Hoy*
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000
andrewrossman@quinnemanuel.com
nicholashoy@quinnemanuel.com

Peter L. Welsh (No. 643261)
Daniel V. Ward (No. 667158)
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199
(617) 951-7050
Peter.Welsh@ropesgray.com
Daniel.Ward@ropesgray.com

Gabriel F. Soledad*
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
1300 I Street NW
Washington, D.C. 20005
(202) 538-8000
gabrielsoledad@quinnemanuel.com

*Counsel for Defendant and
Counterclaim-Plaintiff AIC*

Joseph H. Margolies*
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
(312) 705-7400
josephmargolies@quinnemanuel.com

*pro hac vice application forthcoming*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 24th day of April, 2023, I served a copy of the foregoing *Defendant and Counterclaim-Plaintiff Advent International Corporation's Rule 7.1 Corporate Disclosure Statement* via ECF to all counsel of record.

<u>*/s/ Peter L. Welsh*</u>
Peter L. Welsh
*Counsel for Defendant and Counterclaim-Plaintiff AIC*