# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SERVICIOS FUNERARIOS GG, S.A. DE C.V.,<br><br>      Plaintiff,<br><br>v.<br><br>ADVENT INTERNATIONAL CORPORATION,<br><br>      Defendant,<br><br>      and<br><br>ADVENT INTERNATIONAL CORPORATION,<br><br>      Counterclaim-Plaintiff,<br><br>v.<br><br>SERVICIOS FUNERARIOS GG, S.A. DE C.V.,<br><br>      Counterclaim-Defendant. | Civil Action No. 23-cv-10684 |

**JOINT MOTION FOR THE ISSUANCE OF LETTERS ROGATORY
PURSUANT TO THE HAGUE EVIDENCE CONVENTION**

1

Pursuant to 28 U.S.C. § 1781, Rule 28(b) of the Federal Rules of Civil Procedure, and the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters, Mar. 18, 1970, 23 U.S.T. 2555, T.I.A.S. No. 7444 ("Hague Convention"), Plaintiff and Counterclaim-Defendant Servicios Funerarios GG, S.A. de C.V. and Defendant and Counterclaim-Plaintiff Advent International Corp., respectfully request that the Court issue the Letters of Request (the "Letters") attached as Exhibits A–T to the Declaration of Gabriel F. Soledad for the purpose of compelling the production of documents and testimony from a number of non-parties located in Mexico. As detailed in the Memorandum of Law accompanying this motion, those non-parties are in possession of highly relevant discovery concerning both Parties' allegations and claims in this case.

Dated: June 23, 2023

Respectfully submitted,

| | |
|---|---|
| */s/ Carlos M. Sires* | */s/ Andrew J. Rossman* |
| Carlos M. Sires | Peter L. Welsh (No. 643261) |
| Jason Hilborn | Daniel V. Ward (No. 667158) |
| BOIES SCHILLER FLEXNER LLP | ROPES & GRAY LLP |
| 401 East Las Olas Blvd., Suite 1200 | Prudential Tower |
| Fort Lauderdale, FL 33301 | 800 Boylston Street |
| Telephone: (954) 356-0011 | Boston, MA 02199 |
| Facsimile: (954) 356-0022 | (617) 951-7050 |
| csires@bsfllp.com | Peter.Welsh@ropesgray.com |
| jhilborn@bsfllp.com | Daniel.Ward@ropesgray.com |
| | |
| David Boies | Andrew J. Rossman (admitted *pro hac vice*) |
| BOIES SCHILLER FLEXNER LLP | Nicholas A. S. Hoy (admitted *pro hac vice*) |
| 333 Main Street | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| Armonk, NY 10504 | 51 Madison Avenue, 22nd Floor |
| Telephone: (914) 749-8200 | New York, New York 10010 |
| Facsimile: (914) 749-8300 | (212) 849-7000 |
| dboies@bsfllp.com | andrewrossman@quinnemanuel.com |
| | nicholashoy@quinnemanuel.com |
| Michael Aleo | |
| Thomas Lesser | Gabriel F. Soledad (admitted *pro hac vice*) |
| LESSER, NEWMAN, ALEO & NASSER LLP | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 39 Main Street, Suite 1 | 1300 I Street NW |
| Northampton, MA 01060 | Washington, D.C. 20005 |
| Telephone (413) 584-7331 | (202) 538-8000 |
| Facsimile: (413) 586-7076 | gabrielsoledad@quinnemanuel.com |
| aleo@LNN-law.com | |
| lesser@LNN-law.com | |
| | |
| *Counsel for Plaintiff and Counterclaim-Defendant Servicios Funerarios GG, S.A. de C.V.* | *Counsel for Defendant and Counterclaim-Plaintiff Advent International Corporation* |

4

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of June, 2023, I caused to be served a copy of the foregoing document via the CM/ECF system on all counsel of record.

/s/ *Andrew J. Rossman*

Andrew J. Rossman
*Counsel for Defendant and Counterclaim-Plaintiff AIC*