UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SERVICIOS FUNERARIOS GG, S.A. DE C.V., <br><br> Plaintiff, <br><br> v. <br><br> ADVENT INTERNATIONAL CORPORATION, <br><br> Defendant, <br><br> and <br><br> ADVENT INTERNATIONAL CORPORATION, <br><br> Counterclaim-Plaintiff, <br><br> v. <br><br> SERVICIOS FUNERARIOS GG, S.A. DE C.V., <br><br> Counterclaim-Defendant. | Civil Action No. 23-cv-10684-IT |

## DEFENDANT AND COUNTERCLAIM-PLAINTIFF AIC'S MOTION TO COMPEL

Defendant and Counterclaim-Plaintiff Advent International Corporation ("AIC") respectfully moves this Court, pursuant to L.R. 37.1, to compel Plaintiff and Counterclaim-Defendant Servicios Funerarios GG, S.A. de C.V. ("SF") to (i) provide a complete response to AIC's Interrogatory No. 4, and (ii) collect and produce critically relevant discovery from certain non-parties within SF's control, as set forth more fully in the Memorandum of Law accompanying this Motion (the "Memorandum"). In support of this Motion and the relief sought herein, Plaintiff submits the Memorandum and the Affidavit of Gabriel F. Soledad, together with the exhibits attached thereto.

*/s/ Andrew J. Rossman*
Andrew J. Rossman (admitted *pro hac vice*)
Nicholas A. S. Hoy (admitted *pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000
andrewrossman@quinnemanuel.com
nicholashoy@quinnemanuel.com

Gabriel F. Soledad (admitted *pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
1300 I Street NW
Washington, D.C. 20005
(202) 538-8000
gabrielsoledad@quinnemanuel.com

Joseph H. Margolies (admitted *pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606
(312) 705-7400
josephmargolies@quinnemanuel.com

Peter L. Welsh (No. 643261)
Daniel V. Ward (No. 667158)
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199
(617) 951-7050
Peter.Welsh@ropesgray.com
Daniel.Ward@ropesgray.com

*Counsel to Defendant and Counter-Claim Plaintiff*

**CERTIFICATION PURSUANT TO LOCAL RULES 7.1 AND 37.1**

As set forth more fully in the Memorandum of Law and Affidavit of Gabriel F. Soledad accompanying this Motion, the undersigned attorney hereby certifies, pursuant to Local Rules 7.1 and 37.1, that counsel to Defendant and Counterclaim-Plaintiff Advent International Corporation conferred with counsel for Plaintiff and Counterclaim-Defendant Servicios Funerarios GG, S.A. de C.V. concerning the issues presented in this Motion on June 1, 2023, July 3, 2023, and July 26, 2023.  The parties were unable to agree with respect to the issues raised in this Motion, and are thus at an impasse and require the Court's assistance to resolve the dispute.

*/s/ Andrew J. Rossman*

*Counsel to Defendant and Counter-Claim Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of August, 2023, I caused to be served a copy of the foregoing document via the CM/ECF system on all counsel of record.

*/s/ Andrew J. Rossman*

*Counsel to Defendant and Counter-Claim Plaintiff*