# EXHIBIT E



# Registro Público de Comercio

Ciudad de México



**GOBIERNO DE LA CIUDAD DE MÉXICO**

Constitución de Sociedad (FME: N-2020014366)                                                                                    202000047004005M

Número Único de Documento

## M4 - Constitución de sociedad

**Sociedad mercantil**
Sociedad Anónima

**Modalidad de capital variable**

[X] Si          [ ] No

| | | | |
|---|---|---|---|
| **Por instrumento No.** | 39957 | **Libro:** | 1322 |
| **De fecha:** | | 22/01/2020 | |
| **Formalizado ante:** | | Notario Público | |
| **Nombre:** | Celso de Jesús Pola Castillo | **No.** | 244 |
| **Estado:** | Ciudad de México | **Municipio:** | Cuauhtémoc |

**Se constituyo la sociedad denominada (incluyendo tipo social):**
SERVICIOS FUNERARIOS GG, SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE

| | |
|---|---|
| **Con duración** | INDEFINIDA |
| **Domicilio en:** | AVENIDA GALILEO N° 245, INTERIOR 1002, COLONIA POLANCO IV SECCION |
| **Entidad** Ciudad de México | **Municipio** Miguel Hidalgo |

**Objeto social principal**

1. El negocio de inhumaciones, así como todas las actividades que se relacionan con este ramo.  2. La compra, venta y prestación de todo tipo de servicios funerarios y de inhumación y actividades relacionadas con lo anterior, ya sea por cuenta propia o ajena.  3. Promover, constituir, organizar, adquirir y tomar participación en el capital social o patrimonio de todo género de sociedades mercantiles o civiles, asociaciones o empresas, ya sean comerciales, de servicios o de cualquier otra índole, tanto nacionales como extranjeras, así como participar en su administración o liquidación.  4. Adquirir, bajo cualquier título legal, incluyendo el fideicomiso, acciones, intereses, participaciones o partes sociales de cualquier tipo de sociedades mercantiles o civiles, ya sea formando parte de su constitución o mediante adquisición posterior, así como enajenar, disponer y negociar tales acciones, participaciones y partes sociales, incluyendo cualquier otro título valor.  5. La compra, venta, cesión, permuta, construcción, edificación, desarrollo, reparación, administración, mantenimiento, arrendamiento, subarrendamiento, transmisión y/o adquisición por cualquier medio legal, incluyendo el fideicomiso, de toda clase de bienes inmuebles o derechos sobre los mismos para si, o para las operaciones u objetos sociales de las sociedades mercantiles o civiles, asociaciones e instituciones en las que la Sociedad tenga algún interés o participación de cualquier naturaleza, así como la compra, venta, comercialización, fabricación, importación y exportación de materiales, maquinaria, derivados y equipos relacionados con los fines anteriores.  6. Recibir de otras sociedades o personas, así como prestar o proporcionar a otras sociedades y personas, cualquier servicio que sea necesario para el logro de sus finalidades y objetos sociales, tales como, entre otros, asesoría administrativa, financiera, contable o técnica, preparación de balances y presupuestos, elaboración de programas y manuales, análisis de resultados de operación, evaluación de información sobre productividad y de posibles financiamientos, preparación de estudios acerca de la disponibilidad de capital, asistencia técnica, asesoría o consultoría.  7. Suscribir, transmitir, ceder, endosar, girar, y avalar títulos de crédito, civiles y mercantiles.  8. Abrir, operar y administrar toda clase de cuentas bancarias, de depósito, de crédito, de ahorro, bursátiles o de cualquier otra naturaleza financiera.  9. Obtener y otorgar toda clase de créditos, préstamos o financiamientos para el cumplimiento de su objeto social, en cualquier tipo de moneda, así como actuar como co-deudor, aval o garante de las obligaciones de sociedades en las que tenga un interés o participación.  10. Constituir, otorgar, dar, señalar, cancelar y/o constituir todo tipo de garantías civiles, mercantiles, administrativas, fiscales, judiciales o contractuales, incluyendo de manera enunciativa mas no limitativa (i) hipotecas, (ii) prendas; (iii) fianzas; (iv) avales; (v)




# Registro Público de Comercio

Ciudad de México

| Constitución de Sociedad (FME: N-2020014366) | 202000047004005M |
|---|---|
| | Número Único de Documento |

fideicomisos; (vi) depósitos; (vii) títulos de crédito y (viii) en general cualquier otro medio legal para garantizar el cumplimiento de obligaciones, cargas, contratos y convenios de la misma sociedad, de sus socios o de terceras personas físicas o morales. Para mayor abundamiento la sociedad tendrá la facultad de dar y tomar dinero en préstamo, con o sin garantías específicas o con garantías hipotecarias o prendarias; otorgar avales, garantías o fianzas a favor de terceros y constituirse en obligada solidaria en operaciones propias de la sociedad o de empresas del grupo o de cualquier empresa para la realización de las actividades o los objetos de cada compañía. 11. Actuar como comisionista, mediador, representante, distribuidor o intermediario de cualquier persona o sociedad. 12. Obtener, adquirir, registrar, utilizar o disponer de toda clase de patentes, marcas industriales y de servicio, certificados de invención o nombres comerciales, diseños y dibujos industriales, derechos de autor y cualquier otro tipo de derechos de propiedad industrial, literaria o artística, y derechos sobre ellos ya sea en México o en el extranjero. 13. La promoción, proyección, organización y administración y en general, la prestación de servicios técnicos de organización y consultivos para negocios, así como cualquiera otros de distinta naturaleza. 14. Ejecutar toda clase de actos y celebrar toda clase de contratos laborales, civiles, mercantiles, administrativos o de cualquier otra naturaleza permitidos por la legislación mexicana tanto con personas físicas como morales, de carácter privado o público, obteniendo de éstas, concesiones, permisos y autorizaciones relacionadas directa o indirectamente con su objeto social, inclusive, contratar activa o pasivamente toda clase de servicios, asesorías, supervisión, dirección técnica necesarios o convenientes con sus fines sociales. 15. Contratar al personal necesario para el cumplimiento de sus fines sociales y delegar en una o varias personas el cumplimiento de sus fines sociales y delegar en una o varias personas el cumplimiento de mandatos, comisiones, servicios y demás actividades propias de su objeto. 16. Establecer todo tipo de agencias, sucursales, corresponsales y oficinas en cualquier lugar del territorio nacional y en el extranjero. 17. La ejecución de toda clase de actos de comercio pudiendo comprar, vender, adquirir, distribuir, importar, exportar, producir, fabricar, manufacturar, transformar, maquilar, comercializar, y en general, negociar con toda clase de artículos o mercancías, permitidos por la ley, en la República Mexicana o en el extranjero. 18. En general, realizar o celebrar toda clase actos, contratos y operaciones conexas, accesorias o complementarias que sean necesarias para la realización de los objetos anteriores, así como la realización de cualquier acto civil o mercantil permitido por la ley.

**Capital social mínimo**                                       50,000.00

| | **Con expresión de valor nominal** | X | **Sin expresión de valor nominal** |
|---|---|---|---|

| Suscritos como sigue: | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Nombre/ Denominación/ razón social** | **Primer apellido** | **Segudo apellido** | **Nacionalidad** | **CURP** | **RFC** | **No. acciones o partes parciales** | **Serie** | **Valor** | **Total** |
| BANCO VE POR MÁS, S.A., IBM, GRUPO FINANCIERO VE POR MÁS, única y exclusivamente en su carácter de fiduciario del fideicomiso de administración N° 682 | | | Mexicana | | | 49999 | | 1 | 49,999 |
| PABLO | PEÑA | VÁZQUEZ | Mexicana | | | 1 | | 1 | 1 |

**Administración**

| | **Colegiada** | X | **Unipersonal** |
|---|---|---|---|

**Con facultades para:**

A.- Poder General para pleitos y cobranzas, actos de administración y actos de riguroso dominio, con todas las facultades generales y las especiales que requieren cláusula especial con forme a la ley, en los términos de los tres primeros párrafos del artículo dos mil quinientos cincuenta y cuatro del Código Civil vigente para la Ciudad de México y de sus correlativos de los




# Registro Público de Comercio

Ciudad de México

Constitución de Sociedad (FME: N-2020014366)  202000047004005M

Número Único de Documento

Códigos Civiles para los Estados de la República Mexicana y el Código Civil Federal, incluyendo aquellos poderes que requieran cláusula especial de acuerdo a la ley y aquellas facultades a que se refieren los artículos dos mil quinientos setenta y cuatro, dos mil quinientos ochenta y dos, dos mil quinientos ochenta y tres y dos mil quinientos ochenta y siete del Código Civil vigente para la Ciudad de México y de sus correlativos de los Códigos Civiles para los Estados de la República Mexicana y el Código Civil Federal.  B.- Poder para suscribir toda clase de títulos de crédito de conformidad con el artículo nueve de la Ley General de Títulos y Operaciones de Crédito.  C.- Poder General para actos de administración en materia laboral, con todas las facultades generales y aun con las especiales que de acuerdo con la ley requieran poder o cláusula especial, en los términos del primer y segundo párrafo del artículo dos mil quinientos cincuenta y cuatro del Código Civil Federal y sus correlativos en los demás Códigos Civiles de las entidades federativas de la República Mexicana, para que represente a la sociedad poderdante ante los trabajadores de la misma, ya sea individual o colectivamente y ante los sindicatos que correspondan, y en general, para que representen a la poderdante en los conflictos laborales y lleven a cabo todos los actos administrativos de la empresa en materia laboral y la representen ante las Juntas de Conciliación y Arbitraje, tanto locales como federales y demás autoridades de trabajo enumeradas en el artículo ciento veintitrés de la Constitución Política de los Estados Unidos Mexicanos, para que comparezcan a las audiencias de conciliación, demanda y excepciones, y de ofrecimiento y admisión de pruebas y en todas y cada una de las instancias, actos y diligencias de los procedimientos laborales, quedando facultados además para celebrar convenios y transacciones, proponer arreglos conciliatorios, celebrar, negociar, y suscribir convenios de liquidación, actuar como representantes con calidad de administradores, respecto de toda clase de juicios y procedimientos de trabajo que se tramiten ante cualquier autoridad y formalizar y rescindir contratos de trabajo, en la inteligencia de que todas estas facultades se otorgan de manera enunciativa y no limitativa; en consecuencia tendrán la representación patronal para efectos de los artículos once, cuarenta y seis y cuarenta y siete de la Ley Federal de Trabajo, y también la representación legal de la empresa, para efectos de acreditar la personalidad y capacidad en juicio o fuera de el, en los términos del artículo seiscientos noventa y dos fracción de segunda y tercera, podrán comparecer para articular y absolver posiciones, en los términos de los artículos setecientos ochenta y seis y setecientos ochenta y nueve de la citada ley, con facultad para oír y recibir notificaciones, comparecer con toda la representación a la audiencia a que se refiere el artículo ochocientos setenta y tres, en los términos de los artículos ochocientos setenta y cinco, ochocientos setenta y seis fracciones primera, segunda, tercera, quinta y sexta, ochocientos setenta y siete, ochocientos setenta y ocho, ochocientos setenta y nueve, ochocientos ochenta y ocho de la referida Ley Federal del Trabajo.  D.- Designar a funcionarios de la Sociedad, incluyendo gerentes, subgerentes o director general de la Sociedad, así como conferirles los poderes que estimen necesarios y la remuneración que les corresponda.  E.- Garantizar obligaciones de la Sociedad, o bien tomar o dar dinero en préstamo, se representen o no en títulos de crédito, siempre que tales obligaciones o recursos obtenidos sirvan al objeto de la Sociedad.  F.- Abrir y girar cheques en cuentas bancarias y establecer sus regímenes de firmas.  G.- Constituir y retirar toda clase de depósitos.  H.- Establecer o suprimir agencias, sucursales o dependencias de la Sociedad, en México o en el extranjero.  I.- Representar a la Sociedad ante otras sociedades o negociaciones mercantiles.  J.- Poder para otorgar a la o las personas que elija, toda y cada una de las facultades relacionadas anteriormente, así como para revocarlas, otorgar y revocar poderes generales o especiales, en los términos y a las personas que libremente elija.  K.- Ejecutar las resoluciones de las asambleas de accionistas que específicamente lo requieran.  L.- Crear los comités que considere pertinentes, así como establecer las facultades, designación de sus miembros, organización y funcionamiento de dichos comités.  M.- En general realizar, dirigir, ejecutar, vigilar y administrar los objetos sociales de la Sociedad.  El Administrador Único o en su caso los miembros del consejo de administración, tendrán derecho a ser indemnizados por la Sociedad por los daños y perjuicios causados durante el ejercicio de sus cargos, salvo aquéllos que sean consecuencia directa de su negligencia, dolo o mala fe.  Ningún miembro del consejo de administración podrá, individual o separadamente, ejercitar los poderes arriba mencionados, salvo por autorización expresa otorgada por escrito por parte del consejo de administración o de la asamblea de accionistas, con las formalidades que requieran las leyes.

| A cargo de: | | | | |
|---|---|---|---|---|
| Nombre | Apellido paterno | Apellido materno | RFC/Fecha nac. | Nombramiento |
| PABLO | PEÑA | VÁZQUEZ | | ADMINISTRADOR ÚNICO |




# Registro Público de Comercio

Ciudad de México

Constitución de Sociedad (FME: N-2020014366)

202000047004005M
Número Único de Documento

| Se nombró apoderado(s) a: | | | | |
|---|---|---|---|---|
| **Nombre** | **Apellido paterno** | **Apellido materno** | **RFC/Fecha nac.** | **Facultades** |
| MARIANA DEL ROCÍO | GONZÁLEZ | CÓRDOVA | | A. PODER GENERAL PARA ACTOS DE ADMINISTRACIÓN, en los términos del párrafo segundo del citado artículo dos mil quinientos cincuenta y cuatro del Código Civil Federal y de sus correlativos de los códigos civiles de las entidades de la República Mexicana.  B. PODER tan amplio y bastante como en Derecho se requiera, para realizar en nombre y representación de la Sociedad, ante la Secretaría de Hacienda y Crédito Público, el Servicio de Administración Tributaria y sus dependencias y organismos sean locales o federales, la Tesorería de la Federación y de la Ciudad de México, Instituto Mexicano del Seguro Social, el Instituto del Fondo Nacional de la Vivienda para los Trabajadores, y en general, ante cualesquier autoridades y dependencias gubernamentales, toda clase de trámites administrativos y fiscales, pudiendo al efecto firmar y recibir toda clase de solicitudes y documentos públicos o privados que sean necesarios o convenientes para su eficaz cumplimiento, dentro de las que se señalan de manera enunciativa y no limitativa, la preparación, presentación y firma de: alta, inscripción, aumento, cambio y disminución de obligaciones, declaraciones de pago de impuestos; gestionar y/o tramitar la firma electrónica avanzada, e.firma, clave de identificación electrónica confidencial, para la presentación de declaraciones, y de toda clase de avisos fiscales; así como la atención de requerimientos y en general de cualquier diligencia de carácter administrativo ante las referidas autoridades fiscales en los términos de lo dispuesto por el primer párrafo del artículo diecinueve-A del Código Fiscal de la Federación y demás relativos de dicho ordenamiento y demás disposiciones legales y reglamentarias aplicables.  Para el ejercicio del presente poder la Apoderada gozará de PODER GENERAL PARA ACTOS DE ADMINISTRACIÓN, en los términos del párrafo segundo del artículo dos mil quinientos cincuenta y cuatro del Código Civil vigente para la Ciudad de México y de sus correlativos de los Códigos Civiles de los Estados de |



# Registro Público de Comercio

Ciudad de México



GOBIERNO DE LA CIUDAD DE MÉXICO

Constitución de Sociedad (FME: N-2020014366)      202000047004005M

Número Único de Documento

| Se nombró apoderado(s) a: | | | | |
|---|---|---|---|---|
| **Nombre** | **Apellido paterno** | **Apellido materno** | **RFC/Fecha nac.** | **Facultades** |
| | | | | la República Mexicana y del Código Civil Federal. |

**Órgano de vigilación conformado por:**

Designar como COMISARIO de la sociedad a la licenciada MARÍA THALIA FERNÁNDEZ MEDINA

**Autorización de denominación/razón social**

**Permiso de la Secretaría de Relaciones Exteriores/ Secretaría de Economía No.**

**Expediente/CUD No.**      A201912052246013171      **Fecha:**      05/12/2019

**Datos de inscripción**

**NCI**
202000047004

**Fecha inscripción**
11/03/2020 02:05:10 T.CENTRO

**Fecha ingreso**
11/03/2020 02:05:13 T.CENTRO

**Responsable de oficina**
Jose Luis Flores Granados