UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SERVICIOS FUNERARIOS GG, S.A. DE C.V.,<br><br>        Plaintiff,<br><br>v.<br><br>ADVENT INTERNATIONAL CORPORATION,<br><br>        Defendant,<br><br>        and<br><br>ADVENT INTERNATIONAL CORPORATION,<br><br>        Counterclaim-Plaintiff,<br><br>v.<br><br>SERVICIOS FUNERARIOS GG, S.A. DE C.V.,<br><br>        Counterclaim-Defendant. | Civil Action No. 23-cv-10684-IT |

**DECLARATION OF DANIEL V. WARD IN SUPPORT OF DEFENDANT AND COUNTERCLAIM-PLAINTIFF AIC'S OPPOSITION TO SERVICIOS FUNERARIOS' MOTION TO COMPEL PRODUCTION AND IDENTIFICATION OF DOCUMENTS**

I, Daniel V. Ward, hereby declare as follows:

1. I am member of the Bar of the Commonwealth of Massachusetts, and a Partner of the law firm of Ropes & Gray LLP that represents Defendant and Counterclaim-Plaintiff Advent International Corporation ("AIC") in this matter. I have personal knowledge of the facts set forth herein. I respectfully submit this declaration in support of AIC's Opposition to Servicios Funerarios' Motion to Compel Production and Identification of Documents.

2. Attached hereto as <u>Exhibit A</u> is a true and correct copy of an August 22, 2023 email from Gabriel Soledad with the subject "RE: Correspondence re discovery responses."

1

2

3. Attached hereto as <u>Exhibit B</u> is a true and correct copy of a September 5, 2023 email from Gabriel Soledad with the subject "RE: Discovery meet-and-confer."

4. Attached hereto as <u>Exhibit C</u> is a true and correct copy of a September 7, 2023 email from Gabriel Soledad with the subject "Re: Discovery meet-and-confer."

5. Attached hereto as <u>Exhibit D</u> is a true and correct copy of an October 5, 2023 email from Brooke A. Alexander with the subject "RE: Discovery Questions."

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief. This declaration was executed on October 17, 2023.

<u>/s/ Daniel V. Ward</u>
Daniel V. Ward

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of October, 2023, I caused a copy of the foregoing document to be served via the CM/ECF system on all counsel of record.

>                                      */s/ Daniel V. Ward*
>                                      Daniel V. Ward