**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

---

SERVICIOS FUNERARIOS GG, S.A. DE C.V.,	Case No. 23-cv-10684

    Plaintiff/Counter-Defendant,

v.

ADVENT INTERNATIONAL CORPORATION,

    Defendant/Counter-Plaintiff.

_____/

**DECLARATION OF CARLOS M. SIRES IN SUPPORT OF MOTION TO COMPEL ADVENT INTERNATIONAL CORPORATION TO (1) PRODUCE DOCUMENTS AND (2) RESPOND TO INTERROGATORIES**

I, Carlos M. Sires, a Partner of the law firm of Boies Schiller Flexner, LLP that represents Plaintiff and Counterclaim-Defendant Servicios Funerarios GG, S.A. DE C.V. ("Servicios Funerarios") in this matter, respectfully submit this Declaration and hereby state as follows:

1. Exhibit A annexed hereto is AIC's Rule 26 Initial Disclosures.

2. Exhibit B annexed hereto is AIC's Proposed Search Protocol.

3. Exhibit C annexed hereto is Servicios Funerarios' Proposed Search Protocol.

4. Exhibit D annexed hereto is Excerpt from June 7, 2023 email from C. Sires to G. Soledad.

5. Exhibit E annexed hereto is the September 11, 2023 correspondence from C. Sires to G. Soledad.

6. Exhibit F annexed hereto is the Excerpt from September 21, 2023 email from C. Sires to G. Soledad, at 3.

7. Exhibit G annexed hereto is the Excerpt from September 22, 2023 email from V. Ramos to C. Sires, at 3.

8. Exhibit H annexed hereto is the Excerpt from email from A. Varela to V. Ramos, at 4.

9. Exhibit I annexed hereto is the Excerpt of September 29, 2023 email from V. Ramos to C. Sires, at 3.

10. Exhibit J annexed hereto is the Excerpt of Sept. 9, 2023 email from Joseph Margolies to C. Sires, at 2-3.

11. Exhibit K annexed hereto is the Excerpt of Sept. 13, 2023 email from A. Varela to G. Soledad, at 1-2.

12. Exhibit L annexed hereto is the List of Narrowed Search Terms for Disputed Period.

13. Exhibit M annexed hereto is the Excerpt of Oct. 16, 2023 Letter from C. Sires to G. Soledad, at 1.

14. Exhibit N annexed hereto is Servicios Funerarios' First Set of Interrogatories to AIC.

15. Exhibit O annexed hereto is the AIC's Responses to Servicios Funerarios' First Set of Interrogatories.

16. Exhibit P annexed hereto is the Servicios Funerarios's Second Set of Interrogatories to AIC.

17. Exhibit Q annexed hereto is the AIC's Responses to Servicios Funerarios' Second Set of Interrogatories.

18. Exhibit R annexed hereto is the October 11, 2023 Letter from C. Sires to G. Soledad and D. Ward.

The foregoing is true and correct to the best of my knowledge.

Dated: October 30, 2023                                 Respectfully submitted,

**LESSER, NEWMAN, ALEO & NASSER LLP**         **BOIES SCHILLER FLEXNER LLP**

Michael Aleo                                            /s/ *Carlos M. Sires*

| | |
|---|---|
| Thomas Lesser<br>39 Main Street, Suite 1<br>Northampton, MA  01060<br>Telephone:  (413) 584-7331<br>Facsimile:   (413) 586-7076<br>aleo@LLN-law.com<br>lesser@LLN.law.com<br><br>*Counsel for Plaintiff / Counter-Defendant, Servicios Funerarios GG, S.A. de C.V.* | David Boies<br>333 Main Street<br>Armonk, NY  10504<br>Telephone:  (914) 749-8200<br>Facsimile:   (914) 749-8300<br>dboies@bsfllp.com<br>mayala@bsfllp.com<br><br>Carlos M. Sires<br>Jason Hilborn<br>401 East Las Olas Blvd., Suite 1200<br>Fort Lauderdale, FL 33301<br>Telephone: (954) 356-0011<br>Facsimile:  (954) 356-0022<br>csires@bsfllp.com<br>jhilborn@bsfllp.com<br><br>*Counsel for Plaintiff / Counter-Defendant, Servicios Funerarios GG, S.A. de C.V.* |

## CERTIFICATE OF SERVICE

I, Carlos M. Sires, hereby certify that the above was filed through the ECF system and that I have caused a true and correct copy of the above to be served on Plaintiff's counsel.

Date:  October 30, 2023                           By:/s/ *Carlos M. Sires*
                                                                          Carlos M. Sires