# Exhibit B

*Servicios Funerarios GG, S.A. DE C.V. v. Advent Intern. Corp.*, No. 23-cv-10684

### Search Protocol

*Date Range*:  January 1, 2017 through May 5, 2023

*Custodians:*

### Category 1

| Custodians | Email Addresses[1] |
|---|---|
| Pablo Peña Vazquez | ppena@executionfinance.com  pablo@mexcap.mx |
| Mariana Gonzalez | mariana@mexcap.mx |
| Miguel Rizo Patron | miguel@mexcap.mx |
| Roberto Carlos Chagoya Hernãndez | TBD [*Mexcap email address*] |

### Category 2

| Custodians | Email Addresses |
|---|---|
| Carlos Nicolas Lukac Ostreche | clukac@gayosso.com |
| Octavio Trejo Garcia | otrejo@gayosso.com |
| Alejandro Sosa Hernandez | asosa@gayosso.com |
| Gabriela Cruz Romero | gcruz@gayosso.com |
| Marco Antonio Vallejo Hernandez | mvallejo@gayosso.com |
| Carlos Peña Vazquez | cpena@gayosso.com |
| Isela Montenegro Aranda | montenegro@gayosso.com |
| Idalia Clavel Sanchez | TBD |
| Juan Gerardo Fernandez Saldaña | TBD |
| Marcos Manuel Castro Ruiz | mcastro@gayosso.com |
| Gloria Lerin Revueltas | TBD |
| Isabel Butanda | TBD |
| Alfredo García Ávila | agarcia@gayosso.com |
| Guadalupe Isabel Duarte Arriaga | gsov.mexico@gayosso.com |
| Juan Rodriguez | TBD |

### Category 3

| Custodians | Email Addresses |
|---|---|
| Francisco Moreno | fmoreno@llanamo.com.mx |
| Roberto Carlos Chagoya Hernández | rochagoya@deloittemx.com |

### Category 4

| Custodians | Email Addresses |
|---|---|
| Jhovany Alfan | jalfan@fibrauno.mx |

---

[1]  The email addresses referenced here are only for reference.  If there are other email addresses, WhatsApps, or other messaging applications associated with these custodians, the search terms should be applied to those as well.

***Search Functionality:***

- Servicios Funerarios will collect the emails of each identified custodian and identify potentially relevant e-mails and other electronic documents pursuant to the search parameters identified in this document.

- Servicios Funerarios will collect and search all messaging services, including Whatsapp messages, along with other electronic document repositories such as files stored on local or network drives, Google drive folders, similar cloud-based repositories, Virtual Data Rooms, ==mobile devices, and data from any other repositories or applications used by individual custodians that may contain responsive data==, as applicable, pursuant to the search parameters identified in this document, unless otherwise disclosed.

- Search terms should be run without reference to capitalization except where indicated.

- Search terms in quotations will be run together as a phrase.

- Search terms in parentheses indicating "/3" means "within 3 words."

- "*" denotes a multiple character wildcard search.

- Request Nos. 1, 2, 8, 17–20, 28, 30–31 will not limit by this Search Protocol.

- Searches should be conducted in a plain text format, such that search hit results are returned regardless of the presence (or non-presence) of diacritics, such as but not limited to, accents, tildes, or diaeresis.

**Search Terms for All Custodians**

| Terms | Applicable Custodians |
|---|---|
| Gayosso | Categories 1, 3, and 4 **only** |
| "EY" | ALL Custodians |
| "Ernst & Young" | ALL Custodians |
| "E&Y" | ALL Custodians |
| Mancera | ALL Custodians |
| Arregoytia | ALL Custodians |
| "SPA" | ALL Custodians |
| "Grupo E" | ALL Custodians |
| "El-Mann" | ALL Custodians |
| Advent | ALL Custodians |
| AIC | ALL Custodians |
| *@adventinternational.mx | ALL Custodians |
| *@adventinternationalcom | ALL Custodians |
| Trejo | Categories 1, 3, and 4 **only** |
| IFRS | ALL Custodians |
| NIIF | ALL Custodians |
| HSBC | ALL Custodians |
| "Fibra Uno" | Categories 1–3 **only** |
| FUNO | ALL Custodians |
| KYC | ALL Custodians |
| TWIBEL | ALL Custodians |
| "Banco Ve Por Más" | ALL Custodians |
| "SA Institución de Banca Múltiple" | ALL Custodians |
| "Grupo Financiero Ve Por Más" | ALL Custodians |
| "Trust Fideicomiso 666" OR (Trust w/5 666) OR (Fideicomiso w/5 666) | ALL Custodians |
| CPPIB | ALL Custodians |
| Guarantee OR garantia | ALL Custodians |
| préstamo OR prestamo | Category 1 only |
| "precio de compra" | Category 1 only |
| ("situación real" w/5 empresa) | ALL Custodians |
| inversión | Category 1 only |
| diligencia | ALL Custodians |
| valuación* OR precio OR (valor w/5 accion*) | ALL Custodians |
| VDR | ALL Custodians |
| "data room" | ALL Custodians |
| "cuarto de datos" | ALL Custodians |
| "due diligence" | ALL Custodians |
| DD | ALL Custodians |
| valor* | ALL Custodians |
| SAP | Categories 1, 3, and 4 **only** |
| SAT | ALL Custodians |

3

| Terms | Applicable Custodians |
|---|---|
| "mala fe" | ALL Custodians |
| dolo | ALL Custodians |
| fraud* OR "defraud* OR engañ* | ALL Custodians |
| estafa | ALL Custodians |
| estado* w/5 financiero* | ALL Custodians |
| chino | ALL Custodians |
| "García González y Barradas" | ALL Custodians |
| GGB | ALL Custodians |
| *@ggyb.mx | ALL Custodians |
| Hicks | ALL Custodians |
| fiscal OR "ministerio publico" | ALL Custodians |
| Jupiter | ALL Custodians |
| "demand letter" OR "carta de demanda" OR "carta de requerimiento" | ALL Custodians |
| denuncia | ALL Custodians |
| criminal | ALL Custodians |
| lawsuit OR demanda OR litigio OR queja OR amparo OR reclaim* OR claim OR litigation | ALL Custodians |
| inmobilizacion | ALL Custodians |
| congela* | ALL Custodians |
| cautela* | ALL Custodians |
| prision preventiva | ALL Custodians |
| medidas precautorias | ALL Custodians |
| aprehensión OR aprehension | ALL Custodians |
| detención OR detencion | ALL Custodians |
| arresto | ALL Custodians |
| "orden de detención" | ALL Custodians |
| "arrest warrant" | ALL Custodians |
| "ficha roja" | ALL Custodians |
| "red notice" | ALL Custodians |
| "notificación roja" | ALL Custodians |
| Interpol | ALL Custodians |
| Westra | ALL Custodians |
| Pani | Categories 1, 3, and 4 **only** |
| Paz | Categories 1, 3 and 4 **only** |
| Viakem | ALL Custodians |
| InverCap | ALL Custodians |
| Mifel | ALL Custodians |
| Somar | ALL Custodians |
| embargo* OR bloqueo | ALL Custodians |
| "Flash Report" | ALL Custodians |
| (presupuesto w/10 (2018 OR 2019 OR 2020 OR 2021)) | ALL Custodians |
| audit* | ALL Custodians |

| Terms | Applicable Custodians |
|---|---|
| (factura* w/20 (borr* OR elimin* OR destrui* OR quita* Or retir*OR suprim* OR anul* OR deshac* OR ocult* OR omit* OR parci*)) | ALL Custodians |
| ((borr* OR elimin* OR destrui* OR quita* Or retir* OR suprim* OR anul* OR deshac* OR ocult*) w/20 SAP) | ALL Custodians |
| ("cuentas por pagar" w/25 factura) | ALL Custodians |
| (("Pre-necesidad" OR "Pre-anticipación" OR "pre-need") w/25 (dificil OR problemas)) | ALL Custodians |
| reconocimiento w/5 ingreso* OR costo* OR gasto* | ALL Custodians |
| "doble factura" | ALL Custodians |
| (politica* w/3 contable*) OR (informe* financiero*) OR (metodologia* w/3 contable*) OR (anális* w/3 contable*) OR (anális* w/3 financiero*) OR (estado* w/3 contable*) OR auditor* OR "libro de contabilidad" OR (informe* w/3 interno*)" OR (informe w/3 externo*) | ALL Custodians |
| "irregularidades contables" | ALL Custodians |
| "pasivos no revelados" OR "undisclosed liabilities" | ALL Custodians |
| "pasivos no reconocidos" OR "unrecognized liabilities" | ALL Custodians |
| (pasivo* AND (contrat* w/ 10 (falta* OR desaparecido* OR falso* OR incorrect* OR incomplet*))) | ALL Custodians |
| ("obligacion* w/2 contractual*) w/10 ("no registradas" OR omit* OR desaparecido OR subval* OR omisión)) | ALL Custodians |
| ((obligacion* w/2 contractual*) w/10 (no w/2 (incluir OR relevar OR prever))) | ALL Custodians |
| "Instituto de Seguridad y Servicios Sociales de los Trabajadores del Estado" OR "ISSSTE" OR "ISSTE" | ALL Custodians |
| ((gasto* OR costo*) w/50 construcción* OR infraestructura*) | ALL Custodians |
| ((pasivo* OR costo* OR gasto*) w/50 (constru* OR tumba* OR mausole* OR ataúd* OR infraestructura*))) | ALL Custodians |
| ((cementerio* OR mausoleo* OR Morelia OR "Arcangel Miguel" OR Rotonda OR Mexicali OR Guadalajara OR Sullivan) w/10 (constru* OR restaur* OR modifc* OR implanta* OR acondicionamient* OR provision*)) | ALL Custodians |

5

| Terms | Applicable Custodians |
|---|---|
| (CAPEX w/10 ("no realizado" OR "no registrado")) | ALL Custodians |
| (Memorial w/5 (proyecto OR deal OR propiedad OR project OR portafolio OR porftolio)) | ALL Custodians |
| ExeFin | Categories 2–4 **only** |
| MexCap | Categories 2–4 **only** |
| Consultoria | Categories 2–4 **only** |
| "Servicios Funerarios" | ALL Custodians |
| SFGG | ALL Custodians |
| SF | ALL Custodians |
| *@sarur.com | Categories 2–4 **only** |
| "Junta Directiva" | ALL Custodians |
| "Comité Directivos" OR "Comités Directivos" OR "Miembros del Consejo" OR "Consejeros" OR "Junta de Consejo" | ALL Custodians |
| "comité de finanzas" | ALL Custodians |
| "comité de auditoría" | ALL Custodians |
| (accionista* AND (nota* OR resolución* OR aprobación* OR presentación* OR documento* OR correspondencia*)) | ALL Custodians |
| (((barda* w/3 perimetrale*) OR cerca OR fence) w/25 ("Valle de la Luz" OR "El Cobano" OR "San Ignacio" OR "Jardines Eternos" OR "Jardines del tiempo" OR "Jardines de León I" OR "Jardines de León" OR Morelia OR "Jardines del Descanso" OR "Jardines del Parque" OR "Jardines del Carmen" OR Español OR Guadalupano OR "Parque Memorial" OR Cipreses)) | ALL Custodians |
| aseguramiento | ALL Custodians |
| Barradas | ALL Custodians |
| "Guerra Gonzalez" | ALL Custodians |
| Sainz | ALL Custodians |
| Penal | ALL Custodians |
| bote | ALL Custodians |
| Castillo | ALL Custodians |
| Andre | ALL Custodians |
| CXP | ALL Custodians |
| CXC | ALL Custodians |
| Chagoya | ALL Custodians |
| "Transaction Services" | ALL Custodians |
| "Transaction Advisory Services and Valuation" | ALL Custodians |
| "Luis Ignacio Hernández Vivar" Or "Luis Hernández" | ALL Custodians |

| Terms | Applicable Custodians |
|---|---|
| "Marco Antonio Ramos Rivera" OR "Marco Ramos" | ALL Custodians |
| "José Alfredo Chávez Carrera" OR "José Chávez" | ALL Custodians |
| ingreso* OR revenue OR gasto* OR csoto* OR provision OR reserva* | ALL Custodians |
| Julio w/2 Scherer | ALL Custodians |
| investigación* OR investigation | ALL Custodians |
| "Anexo 15" | ALL Custodians |
| carpeta w/5 penal | ALL Custodians |
| Gaxiola | ALL Custodians |
| Civil | ALL Custodians |
| mercantil | ALL Custodians |