# Exhibit C

Case 1:23-cv-10684-IT   Document 173-3   Filed 10/30/23   Page 2 of 7

*Servicios Funerarios GG, S.A. DE C.V. v. Advent Intern. Corp.*, No. 23-cv-10684

## Search Protocol

**Date Range**: January 1, 2017 to May 5, 2023

**Custodians**

| Custodians |
| --- |
| 1.  Enrique Pani Bano |
| 2.  Carlos Alfredo Paz Perez |
| 3.  Ariel Blumenkranc |
| 4.  James Westra |
| 5.  Veronica Stenner |
| 6.  David Mussafer |
| 7.  John Maldonado |
| 8.  Chris Egan |
| 9.  Richard Kane |
| 10. Eileen Sivolella |
| 11. Heather Zuzenak |
| 12. Patrice Etlin |
| 13. Juan Pablo Zucchini |
| 14. Mario Malta |
| 15. Brenno Raiko |
| 16. Wilson Rosa |
| 17. Manuel Garcia Podesta |
| 18. Mauricio Salgar |
| 19. Carlos Lukac |
| 20. Alejandro Sosa Hernández |
| 21. Octavio Trejo |
| 22. Francisco Emilio Moreno Bazán |
| 23. Sergio Nieto |
| 24. Chris Pike |
| 25. Marco Mendes |
| 26. Justin Nuccio |
| 27. Santiago Castillo |
| 28. All members of the AIC "deal team" not identified above. |
| 29. All members of the AIC Investment Committee not identified above. |
| 30. All members of AIC Latin America Investment Advisory Committee not identified above. |
| 31. All members of the Portfolio Support Group not identified above. |
| 32. Any group email for any of the committees or groups identified in lines 28-31. |
| 33. TwiBel |
| 34. Twilight |

*Servicios Funerarios GG, S.A. DE C.V. v. Advent Intern. Corp.*, No. 23-cv-10684

**Repositories/Servers**

In addition to searching for ESI on its own servers using the search terms and searching for hard copy documents in its possession, custody, or control that are responsive to Servicios Funerarios' document requests, Advent shall search for ESI using the search terms on the servers of, and search for hard copy documents that are responsive to Servicios Funerarios' document requests in the possession, custody, or control of, Advent International PE Advisors S.C., the Twibel entities, the Twilux entities, each fund that had a direct or indirect ownership or investment interest in Gayosso, and Grupo Farmaceutico Somar, S.A.P.I. de C.V.

In addition, please let us know whether Advent (or its affiliates) maintains a server that contains Gayosso's pre-sale ESI.

**Custodian Searches**

In addition to searching the repositories and servers identified in the prior paragraph, Advent will search using the search terms the ESI maintained by each custodian on any other server, device, application, or repository that may reasonably be expected to contain responsive data.

**Search Terms**

- Search terms should be run without reference to capitalization.

- Search terms in quotations will be run together as a phrase.

- A slash followed by a number means that the terms are within the specified number of words from each other. For example, "/20" means "within 20 words."

- "**!**" denotes a multiple character wildcard search.

- Searches should be conducted in a plain text format, such that search hit results are returned regardless of the presence (or non-presence) of diacritics, such as but not limited to, accents, tildes, or diaeresis.

- The search term "Gayosso" shall be applied in a manner that would return emails where the domain name gayosso.com appears as part of the email address of a sender, recipient, or cc.

**Reservation**

This is Servicios Funerarios' initial search protocol and we reserve all rights to seek additional custodians and sources of information and add search terms as discovery progresses.

Case 1:23-cv-10684-IT   Document 173-3   Filed 10/30/23   Page 4 of 7

*Servicios Funerarios GG, S.A. DE C.V. v. Advent Intern. Corp.*, No. 23-cv-10684

**Search Terms:**

All terms agreed to be searched by Servicios Funerarios, plus:

| Terms |
| --- |
| accounting /10 (flaw! OR !correct! OR inappropriate OR wrong OR issues OR problem!) |
| aguilar |
| alonso |
| alonso |
| alzamiento |
| amenazas |
| aniquilar |
| aprehension |
| aprensión |
| araujo |
| Arregoytia |
| arrest! |
| ataudes |
| ataudes w/20 cost! |
| audiencia |
| "bajar facturas" |
| (((barda* w/3 perimetrale*) OR cerca OR fence) w/25 ("Valle de la Luz" OR "El Cobano" OR "San Ignacio" OR "Jardines Eternos" OR "Jardines del tiempo" OR "Jardines de León I" OR "Jardines de León" OR Morelia OR "Jardines del Descanso" OR "Jardines del Parque" OR "Jardines del Carmen" OR Español OR Guadalupano OR "Parque Memorial" OR Cipreses)) |
| bote |
| bribe |
| cagarla |
| "Canada Pension Plan Investment Board" OR CPPIB |
| CAPEX |
| "capital negativo" |
| casket w/20 cost! |
| Castillo |
| cautela! |
| Celis |
| ((cementerio* OR mausoleo* OR Morelia OR "Arcangel Miguel" OR Rotonda OR Mexicali OR Guadalajara OR Sullivan) w/10 (constru* OR restaur* OR modifc* OR implanta* OR acondicionamient* OR provision*)) |
| cemetery |
| Chavez |
| chingar ching |
| comprar /5 (juez OR favores) |
| corromper |

Case 1:23-cv-10684-IT   Document 173-3   Filed 10/30/23   Page 5 of 7

*Servicios Funerarios GG, S.A. DE C.V. v. Advent Intern. Corp.*, No. 23-cv-10684

| Terms |
|---|
| corrupt |
| corruption OR corrupcion |
| cost! w/20 grave! |
| costos w/5 ocultos |
| covid /5 prueba |
| dario |
| "demand letter" |
| destroy |
| destrozar |
| detencion OR detention |
| detener |
| dividend AND ("Canada Pension Plan Investment Board" OR CPPIB OR "CPP Investment Board") |
| el financiero |
| eliminate |
| embargo! OR bloqueo |
| Escamilla |
| esconder |
| "Execution Finance" |
| ExeFin |
| extorcion OR extortion |
| Factura /5 (doble OR divid!) |
| facturacion |
| facturacion /5 paquetes |
| facturacion Or invoicing |
| feretros |
| "ficha roja" |
| fictitious /5 assets |
| "fiscal OR "Ministerio Publico" |
| "Francisco Javier Teodoro" |
| fraud! OR defraud! OR fraude OR defraudar |
| funeral |
| gaxiola |
| Gayosso |
| Gonzalez |
| Guerra |
| "Hector Fernando Rojas" |
| hide |
| "Humberto Manuel Roman" |
| illegiti! OR illegitimate |
| immobilizacion |
| "Instituto de Seguridad y Servicios Sociales de los Trabajadores del Estado" OR ISSSTE |
| Interpol |
| Intimida! |

4

Case 1:23-cv-10684-IT   Document 173-3   Filed 10/30/23   Page 6 of 7

*Servicios Funerarios GG, S.A. DE C.V. v. Advent Intern. Corp.*, No. 23-cv-10684

| Terms |
|---|
| inventar |
| Invercap |
| (invest! OR "internal rate of return" OR IRR) AND Mexic! |
| invoice! /5 (double OR duplicate OR divide OR delete) |
| jail |
| joder |
| "Juan Rodriguez" |
| "Juan Wilfrido Gutierrez" |
| judge! OR juez! OR tribunal |
| "Jupiter Lopez" |
| "justificante medico" |
| Kourchenko |
| LAPEF III |
| LAPEF IV |
| lawsuit OR demanda OR litigio OR queja OR amparo OR reclam! OR claim OR litigation |
| Liquida! |
| LIV |
| "Lorena Josefina Perez" |
| lourdes |
| Lukac |
| Madrazo |
| Manipulat! |
| Mariana |
| Maximina OR "Perez Hicks" |
| mediacion |
| mediat! |
| "medidas precautorias" |
| MexCap |
| Mexic! AND (sue OR suit OR lawsuit OR litigat!) |
| "Mexican Federal Commission on Economic Competition" OR COFECE |
| Mifel |
| "Miguel Angel Medecigo" |
| misstat! |
| Nassar |
| "negative equity" |
| Nexxus |
| NIFS OR "Normas de Informacion Financiera" |
| notificacion /5 roja |
| Omar |
| Pablo |
| padilla |
| palazuelos |
| Pena |
| Penal |

Case 1:23-cv-10684-IT   Document 173-3   Filed 10/30/23   Page 7 of 7

*Servicios Funerarios GG, S.A. DE C.V. v. Advent Intern. Corp.*, No. 23-cv-10684

| Terms |
|---|
| Peña |
| police |
| policia |
| "prision preventiva" |
| Procaps |
| Promecap |
| prosecutor OR fiscal |
| quiebra |
| "Red Notice!" |
| requena |
| "Ricardo Ojeda" |
| Santiago |
| SAP |
| SAT |
| Saucedo |
| Scherer |
| "Sergio Acevedo" |
| "Servicios Funerarios" |
| SF |
| SFGG |
| Sheinbaum |
| "sistema judicial" |
| Solorzano |
| Somar |
| Sosa |
| threat! or amenaza! |
| Trejo |
| Twibel |
| Twilight |
| Twilux |
| understat! /5 liabilit! OR cost! |
| Viakem |
| Zinser |