# Exhibit E



CARLOS M. SIRES<br>
Telephone: 954.377.4202<br>
Email: csires@bsfllp.com

September 11, 2023

**VIA EMAIL**

Gabriel F. Soledad
Quinn Emanuel Urquhart & Sullivan LLP
gabrielsoledad@quinnemanuel.com

Dear Gabe:

      We are in receipt of your email memorializing certain issues we discussed during our meet and confer last Friday, September 8th. In response, we are providing the following information and comments, as well as following up with our own questions concerning outstanding items. We felt that good progress was made on numerous fronts on Friday, and hope we can resolve these issues without involving the Court.

1. Servicios Funerarios's Search Protocol

      For all Gayosso email and central repository data that pre-date the sale to SF, we have run all proposed search terms despite many of them being overbroad. We have used sampling and filtering to avoid a full review of the universe.

      For all Gayosso email and central repository data that post-date the sale to SF, as well as all MexCap email and central repository data, the attached schedules indicate which terms we agree to run without amendment, which terms we agree to run with certain limitations, and which terms we intend to exclude absent an acceptable proposal from AIC. We also intend to apply these terms to the cell phone data for Pablo Peña Vazquez, Carlos Peña Vazquez, and Mariana Gonzalez, and the individual custodian data collected as a result of interview responses.

      In addition to this review, we have agreed to search for and produce documents responsive to RFPs 1-2, 8, 16-20, 28, 30-31, 54, 84-85, 87, and 90 through traditional methods, including interviewing individuals most likely to know where those documents reside and linear review of the central repositories, as appropriate.

2. Custodians

      We are working with our client to rank the requested custodians and will revert as soon as we are able to do so. To be clear, we believe that our reduced list of custodians should be acceptable to AIC. Nevertheless, in an attempt to resolve this issue, we will list custodians on a priority basis, without our doing so being a waiver of our request and with the understanding that our attempt to resolve this issue will not be used by AIC if we require intervention by the Court.

BOIES SCHILLER FLEXNER LLP

401 East Las Olas Boulevard, Suite 1200, Fort Lauderdale, FL 33301 | (t) 954 356 0011 | (f) 954 356 0022 | www.bsfllp.com



September 11, 2023
Page 2

3. Advent's Exclusion of Terms

We have no objection to your excluding Advent, AIC, Paz, Pani, Peña, and Westra as standalone search terms. While we have not seen hit reports for most of these terms, we understand that they are likely to generate very high hit rates, especially once additional custodians are included.

4. Revised Date Range

While we cannot agree with your unilateral decision to truncate the production period by more than two years, we are amenable to the use of a more limited set of search terms targeted at only those topics which may be relevant from March 31, 2021 through May 5, 2023. We anticipate providing that list by Wednesday, September 13th.

5. Reconsideration of Position on Issues in Motion to Compel

Earlier today, we filed our response in opposition to your motion to compel. We believe that motion clarifies our positions and, should you wish to discuss any of those topics in light of our argument, we are always available to meet and confer.

6. Chagoya Documents

We are working with the client on this and will revert as soon as we are able to do so. However, because Mr. Chagoya is not controlled by Servicios Funerarios, we cannot be responsible for his production of documents.

7. Servicios Funerarios' Production Completion

We are, as your correspondence notes, conducting rolling productions. We anticipate completing the Gayosso pre-transaction production within the next 7 to 10 days.

Because all future rolling productions will likely contain a mix of MexCap and Gayosso documents, we cannot provide a firm date by which we will make a first "MexCap" production although we can confirm that tens of thousands of MexCap documents are in review queues at this time.

8. El-Mann Family Production

We have agreed to provide all documents in our clients' possession which relate to the El-Mann family and Gayosso. As we explained on the call, we do not intend to exclude any documents falling into this category. If you do not believe the search terms that you proposed will adequately capture these documents, please advise how you would propose to proceed.



September 11, 2023
Page 3

9. <u>AIC's Non-Collection of Cell Phone Data</u>

We believe it is appropriate for AIC to collect cell data from a limited number of custodians. Please advise whether you would be amenable to collecting such data for a limited number of custodians and we will provide a list.

We will address the outstanding items in your email by separate letters in the coming days.

Very truly yours,

*/s/ Carlos M. Sires*

Carlos M. Sires

## SCHEDULE A

Search Terms Servicios Funerarios Agrees to Run

| **Search Term** |
|---|
| "Anexo 15" |
| "arrest warrant" |
| "Banco Ve Por Más" |
| "comité de auditoría" |
| "comité de finanzas" |
| "cuarto de datos" |
| "demand letter" OR "carta de demanda" OR "carta de requerimiento" |
| "doble factura" |
| "Ernst & Young" |
| "ficha roja" |
| "Flash Report" |
| "García González y Barradas" |
| "Grupo E" |
| "Grupo Financiero Ve Por Más" |
| "Guerra Gonzalez" |
| "irregularidades contables" |
| "José Alfredo Chávez Carrera" OR "José Chávez" |
| "Junta Directiva" |
| "Luis Ignacio Hernández Vivar" Or "Luis Hernández" |
| "Marco Antonio Ramos Rivera" OR "Marco Ramos" |
| "notificación roja" |
| "orden de detención" |
| "pasivos no reconocidos" OR "unrecognized liabilities" |
| "pasivos no revelados" OR "undisclosed liabilities" |
| "red notice" |
| "SA Institución de Banca Múltiple" |
| "Transaction Advisory Services and Valuation" |
| "Transaction Services" |
| "Trust Fideicomiso 666" OR (Trust w/5 666) OR (Fideicomiso w/5 666) |
| ("cuentas por pagar" w/25 factura) |
| ("situación real" w/5 empresa) |
| (("Pre-necesidad" OR "Pre-anticipación" OR "pre-need") w/25 (dificil OR problemas)) |
| (((barda* w/3 perimetrale*) OR cerca OR fence) w/25 ("Valle de la Luz" OR "El Cobano" OR "San Ignacio" OR "Jardines Eternos" OR "Jardines del tiempo" OR "Jardines de León I" OR "Jardines de León" OR Morelia OR "Jardines del Descanso" OR "Jardines del Parque" OR |

| |
|---|
| "Jardines del Carmen" OR Español OR Guadalupano OR "Parque Memorial" OR Cipreses)) |
| ((borr* OR elimin* OR destrui* OR quita* Or retir* OR suprim* OR anul* OR deshac* OR ocult*) w/20 SAP) |
| ((obligacion* w/2 contractual*) AND (no w/2 (incluir OR relevar OR prever))) |
| (CAPEX w/10 ("no realizado" OR "no registrado")) |
| (Memorial w/5 (proyecto OR deal OR propiedad OR project OR portafolio OR portfolio)) |
| (obligacion* w/2 contractual*) w/10 ("no registradas" OR omit* OR desaparecido OR subval* OR omisión) |
| (pasivo* AND (contrat* w/10 (falta* OR desaparecido* OR falso* OR incorrect* OR incomplet*))) |
| *@adventinternational.com |
| *@adventinternational.mx |
| *@ggyb.mx |
| *@sarur.com |
| AIC |
| aprehensión OR aprehension |
| Arregoytia |
| arresto |
| carpeta w/5 penal |
| congela* |
| criminal |
| detención OR detencion |
| estafa |
| GGB |
| Hicks |
| inmobilizacion |
| Interpol |
| InverCap |
| Julio w/2 Scherer |
| Jupiter |
| medidas precautorias |
| Pani |
| prision preventiva |
| SFGG |
| Somar |
| TWIBEL |
| Viakem |
| Westra |

**SCHEDULE B**

Search Terms Servicios Funerarios Agrees to Run Only on Gayosso Collections

| Search Term | File Count |
|---|---|
| "due diligence" | 13551 |
| "E&Y" | 5224 |
| "El-Mann" | 8058 |
| "Fibra Uno" | 28294 |
| "mala fe" | 5780 |
| CPPIB | 11956 |
| denuncia | 6119 |
| diligencia | 4723 |
| KYC | 3561 |
| NIIF | 4213 |
| VDR | 3527 |

**SCHEDULE C**

Search Terms Servicios Funerarios Agress to Run Only on MexCap Collections

| Search Term | File Count |
|---|---|
| "Instituto de Seguridad y Servicios Sociales de los Trabajadores del Estado" OR "ISSSTE" OR "ISSTE" | 14631 |
| Gaxiola | 7708 |
| Sainz | 13504 |
| SAP | 3855 |

**SCHEDULE D**

Search Terms to Be Run with Proposed Limiter

| Search Term | File Count | Proposed Limiter |
|---|---|---|
| "precio de compra" | 3213 | AND Gayosso |
| Paz | 7420 | Carlos w/3 paz |
| préstamo OR prestamo | 8188 | AND Gayosso |

**SCHEDULE E**

Search Terms Servicios Funerarios Plans to Exclude in the Absence of a Reasonable Proposal to Limit Hits

| Search Term | File Count |
|---|---|
| "Comité Directivos" OR "Comités Directivos" OR "Miembros del Consejo" OR "Consejeros" OR "Junta de Consejo" | 24260 |
| "data room" | 20894 |
| "EY" | 63304 |
| "Servicios Funerarios" | 33671 |
| "SPA" | 9154 |
| ((cementerio* OR mausoleo* OR Morelia OR "Arcangel Miguel" OR Rotonda OR Mexicali OR Guadalajara OR Sullivan) w/10 (constru* OR restaur* OR modifc* OR implanta* OR acondicionamient* OR provision*)) | 19016 |
| ((gasto* OR costo*) w/50 construcción* OR infraestructura*) | 17190 |
| ((pasivo* OR costo* OR gasto*) w/50 (constru* OR tumba* OR mausole* OR ataúd* OR infraestructura*)) | 35777 |
| (accionista* AND (nota* OR resolución* OR aprobación* OR presentación* OR documento* OR correspondencia*)) | 24227 |
| (factura* w/20 (borr* OR elimin* OR destrui* OR quita* Or retir*OR suprim* OR anul* OR deshac* OR ocult* OR omit* OR parci*)) | 7861 |
| (politica* w/3 contable*) OR (informe* financiero*) OR (metodologia* w/3 contable*) OR (anális* w/3 contable*) OR (anális* w/3 financiero*) OR (estado* w/3 contable*) OR auditor* OR "libro de contabilidad" OR (informe* w/3 interno*)" OR (informe w/3 externo*) | 61510 |
| (presupuesto w/10 (2018 OR 2019 OR 2020 OR 2021)) | 16029 |
| Advent | 29386 |
| Andre | 7776 |
| aseguramiento | 4254 |
| audit* | 70895 |
| Barradas | 4592 |
| bote | 3874 |
| Castillo | 63598 |

| | |
|---|---|
| cautela* | 2979 |
| Chagoya | 40494 |
| chino | 4893 |
| Civil | 53967 |
| Consultoria | 7496 |
| CXC | 6207 |
| CXP | 2747 |
| DD | 19591 |
| dolo | 6079 |
| embargo* OR bloqueo | 72477 |
| estado* w/5 financiero* | 33111 |
| ExeFin | 23254 |
| fiscal OR "ministerio publico" | 144227 |
| fraud* OR "defraud* OR engañ* | 11203 |
| FUNO | 43092 |
| Gayosso | 25570 |
| Guarantee OR garantia | 20687 |
| HSBC | 54456 |
| IFRS | 16852 |
| ingreso* OR revenue OR gasto* OR costo* OR provision OR reserva* | 361723 |
| inversión | 36603 |
| investigación* OR investigation | 14222 |
| lawsuit OR demanda OR litigio OR queja OR amparo OR reclaim* OR claim OR litigation | 68925 |
| Mancera | 31111 |
| mercantil | 26780 |
| MexCap | 34266 |
| Mifel | 8340 |
| Penal | 8411 |
| reconocimiento w/5 ingreso* OR costo* OR gasto* | 5494 |
| SAT | 170787 |
| SF | 48582 |
| Trejo | 9739 |
| valor* | 192130 |
| valuación* OR precio OR (valor w/5 accion*) | 120192 |