# Exhibit F

| | |
|---|---|
| **From:** | Carlos Sires |
| **Sent:** | Thursday, September 21, 2023 12:43 PM |
| **To:** | Gabriel Soledad |
| **Cc:** | Valerie Ramos; Brooke Alexander; Michael Aleo; Ana Carolina Varela |
| **Subject:** | Discovery Questions |

Hi Gabe,

We write to follow-up on several points from the September 8, 2023 meet-and-confer and our September 11, 2023 letter, to which you have not yet responded.

1. <u>Servicios Funerarios' Search Protocol</u>: Our review is proceeding as we discussed.  We can advise that we have completed all individual custodian interviews and anticipate having reviewed any additional sources identified by custodians by the substantial completion date. As we advised on September 11th, we are not running those search terms listed on Schedule E, as we have not received any proposals to limit hits for those terms.  If you want us to run those terms, please provide us with proposed limiters asap.

2. <u>Custodians</u>: After cutting our list of requested custodians in half in an attempt to reach compromise, you asked that we rank those remaining requested custodians in order of preference. We worked with our client to do so, and provided that list on September 15th.  I have reproduced it below for convenience.  Please advise if you agree to run these custodians, if you have a compromise proposal, or if we have reached impasse and should seek resolution from the Court.

    a.  Ariel Blumenkranc
    b.  David Mussafer
    c.  John Maldonado
    d.  Eileen Sivolella
    e.  Heather Zuzenak
    f.  Patrice Etlin
    g.  Juan Pablo Zucchini
    h.  Mario Malta
    i.  Justin Nuccio
    j.  Eileen Sivolella
    k.  Heather Zuzenak
    l.  Mario Malta

3.  Revised Date Range: On September 11th we advised that we could not agree to your unilateral decision to truncate the production period by more than two years.  As promised, on September 13th we provided a greatly shortened list of search terms for use on the later period – March 31, 2021 through May 5, 2023.  That list is reproduced below for convenience. Please confirm that you will agree to run these searches, provide an alternative proposal, or advise that we have reached an impasse and should seek assistance from the Court.

   a.  "arrest warrant"
   b.  "notificación roja"
   c.  (notificacion w/5 roja)
   d.  "orden de detención"
   e.  "pasivos no reconocidos" OR "unrecognized liabilities"
   f.  "pasivos no revelados" OR "undisclosed liabilities"
   g.  "prision preventiva"
   h.  "red notice"
   i.  "Red notice*"
   j.  "Servicios Funerarios"
   k.  ((obligacion* w/2 contractual*) w/10 ((no registradas) OR omit* OR desaparecido OR subval* OR omisión))
   l.  (accounting w/10 (flaw* OR *correct* OR inappropriate OR wrong OR issues OR problem*))
   m.  (carpeta w/5 penal)
   n.  (understat* w/5 (liabilit* OR cost*))
   o.  arrest*
   p.  arresto
   q.  bribe
   r.  corrupt
   s.  corruption OR corrupcion
   t.  embargo* OR bloqueo
   u.  extorcion OR extortion
   v.  fraud* OR defraud* OR engañ*
   w.  illegiti* OR illegitimate
   x.  Interpol
   y.  Intimida*
   z.  jail
   aa. MexCap
   bb. NIFS OR "Normas de Informacion Financiera"
   cc. police
   dd. policia
   ee. Procaps

    ff.  SF

    gg.SFGG

    hh.Somar

    ii.  valuación* OR precio OR (valor w/5 accion*)

    jj.  Peña w/3 (Carlos OR Pablo)

4.  <u>AIC's Non-Collection of Cell Phone Data</u>: On September 11, we asked you to advise if you intend to collect cell phone/device data for key custodians.  You have not responded. In order to move the discussion forward, we request that AIC collect and review the cell phone and personal device data from Mr. Bano, Mr. Paz, Mr. Westra, and Mr. Zucchini.

5.  <u>Privilege Logs</u>: As we have discussed numerous time, we do not intend to log emails between BSF and the client, and we understand you to agree.  If that's not correct, please advise us right away.

6.  <u>Supplemental Interrogatory Answers</u>: Please let us know when we can expect the supplemental answers to the interrogatories.

Thanks,

Carlos.