# Exhibit K

**From:** Ana Carolina Varela
**Sent:** Wednesday, September 13, 2023 6:16 PM
**To:** Gabriel Soledad; Nicholas Hoy; Ward, Daniel V.; Valerie Ramos; Joseph Margolies
**Cc:** Michael Aleo; Carlos Sires; Brooke Alexander; Matthew D. Cooper
**Subject:** SFGG v. AIC -- Post-March 21, 2022 Search Terms

Good evening:

As mentioned in our letter dated September 11, we cannot agree to a production end date for AIC of March 21, 2022. However, in an effort to reach compromise, we have analyzed our initial search term list and eliminated those that relate to subjects which are unlikely to be relevant after your current end date. Accordingly, we propose that AIC run only the following terms for the remainder of the production period:

"arrest warrant"
"notificación roja"
(notificacion w/5 roja)
"orden de detención"
"pasivos no reconocidos" OR "unrecognized liabilities"
"pasivos no revelados" OR "undisclosed liabilities"
"prision preventiva"
"red notice"
"Red notice*"
"Servicios Funerarios"
((obligacion* w/2 contractual*) w/10 ((no registradas) OR omit* OR desaparecido OR subval* OR omisión))
(accounting w/10 (flaw* OR *correct* OR inappropriate OR wrong OR issues OR problem*))
(carpeta w/5 penal)
(understat* w/5 (liabilit* OR cost*))
arrest*
arresto
bribe
corrupt
corruption OR corrupcion
embargo* OR bloqueo
extorcion OR extortion
fraud* OR defraud* OR engañ*
illegiti* OR illegitimate
Interpol
Intimida*
jail
MexCap
NIFS OR "Normas de Informacion Financiera"
police
policia
Procaps
SF
SFGG
Somar
valuación* OR precio OR (valor w/5 accion*)

Peña w/3 (Carlos OR Pablo)

Please advise whether you are willing to run these terms for the later period.

Regards,

Carolina

**Ana Carolina Varela**
Associate

---

BOIES SCHILLER FLEXNER LLP
401 E. Las Olas Blvd. Suite 1200
Fort Lauderdale, FL, 33301
(t) +1 954 377 4207
(m) +1 305 215 3574
avarela@bsfllp.com
www.bsfllp.com