# Exhibit L

List of Narrowed Search Terms for Disputed Period

a. "arrest warrant"
b. "notificación roja"
c. (notificacion w/5 roja)
d. "orden de detención"
e. "pasivos no reconocidos" OR "unrecognized liabilities"
f. "pasivos no revelados" OR "undisclosed liabilities"
g. "prision preventiva"
h. "red notice"
i. "Red notice*"
j. "Servicios Funerarios"