# Exhibit P

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

_____

SERVICIOS FUNERARIOS GG, S.A. DE C.V.,      Case No. 23-cv-10684

   Plaintiff / Counter-Defendant,

v.

ADVENT INTERNATIONAL CORPORATION,

   Defendant / Counter-Plaintiff.
_____/

**PLAINTIFF'S SECOND SET OF INTERROGATORIES TO DEFENDANT**

Servicios Funerarios GG, S.A. de C.V. ("Servicios Funerarios"), pursuant to Federal Rules of Civil Procedure 26 and 33 and Local Rule 33.1, serves upon Advent International Corporation ("AIC") its second set of interrogatories.

**INSTRUCTIONS**

1. Answer each interrogatory separately and as completely as possible based on all information known or available to you as of the time of the answer. Your answers should consist of information known to your officers, agents, attorneys, employees, or other representatives. If you do not possess the information to fully answer an interrogatory, you should answer the interrogatory to the fullest extent possible, specifying your inability to answer the remainder.

2. All words in these Interrogatories that are defined in the "Definitions" section below or in the Complaint filed by Servicios Funerarios in this action shall have the defined meaning and all other words shall have their plain and ordinary meaning.

## Interrogatory Number 10

Describe in detail the complete factual and legal basis, with reference to supporting documents and communications, for the allegations in the Counterclaim that Servicios Funerarios used "illegitimate means" (Counterclaim at ¶ 181, 193, 206, 214, 257), "improper influence" (Counterclaim at ¶ 195), and "improper means" (Counterclaim at ¶ 252) in connection with the Mexican criminal justice system, including with respect to the issuance of arrest warrants, embargoes, and red notices.  For the avoidance of doubt, the answer to this interrogatory should identify in detail the specific acts or conduct that constituted the alleged "illegitimate means," "improper influence," and "improper means."

Response:

**Interrogatory Number 11**

Identify each instance where Servicios Funerarios used illegal, improper, or illegitimate means or conduct with respect to the Mexican criminal justice system, including by stating in detail the nature of the means or conduct, identifying the persons who participated in the conduct (including any "Mexican authorities" alleged to be involved (Counterclaim at ¶¶ 247, 257)), stating the time and place of the conduct, identifying any agreement with respect to the conduct (including, for example, any payment, arrangement, or *quid pro quo*), and identifying the source of the foregoing information.

Response:

| | |
|---|---|
| Dated:  July 13, 2023<br>**BOIES SCHILLER FLEXNER LLP** | Respectfully submitted,<br>**LESSER, NEWMAN, ALEO & NASSER LLP** |
| David Boies<br>333 Main Street<br>Armonk, NY 10504<br>Telephone: (914) 749-8200<br>Facsimile:  (914) 749-8300<br>dboies@bsfllp.com<br><br>Carlos M. Sires<br>Jason Hilborn<br>401 East Las Olas Blvd., Suite 1200<br>Fort Lauderdale, Florida  33301<br>Telephone:  (954) 356-0011<br>Facsimile:   (954) 356-0022<br>csires@bsfllp.com<br>jhilborn@bsfllp.com<br>*Attorneys for Plaintiff Servicios Funerarios GG, S.A. de C.V.* | /s/ *Michael Aleo*<br>Michael Aleo<br>Thomas Lesser<br>39 Main Street, Suite 1<br>Northampton, MA  01060<br>Telephone:  (413) 584-7331<br>Facsimile:   (413) 586-7076<br>aleo@LNN-law.com<br>lesser@LNN-law.com<br><br>*Attorneys for Plaintiff Servicios Funerarios GG, S.A. de C.V.* |

CERTIFICATE OF SERVICE

    I, Michael Aleo, hereby certify that the above was served on counsel for Advent International Corporation by Electronic Mail.

Date:  July 13, 2023                               /s/ *Michael Aleo*