# Exhibit R



**CARLOS M. SIRES**
954.377.4202
csires@bsfllp.com

October 11, 2023

**VIA EMAIL**

| | |
|---|---|
| Gabriel F. Soledad | Daniel V. Ward |
| Quinn Emanuel Urquhart & Sullivan, LLP | Ropes & Gray LLP |
| 1300 I Street NW | Prudential Tower |
| Washington, D.C. 20005 | 800 Boylston Street |
| | Boston, MA 02199 |

**Re:** *Servicios Funerarios Gg, S.A. De C.V., v. Advent International Corporation*
*Case No.: 23-cv-10684-IT*

Dear Gabe and Dan:

Please advise us whether anyone affiliated or connected with either of your firms or Advent communicated (either directly or through others) with Hernan Gomez Bruera (or anyone affiliated with him) in connection with the book "Traición en Palacio" or otherwise provided information or documents in connection with the writing of that book. If so, please advise us of the names of those persons and provide us with the documents or information that was provided.

Sincerely,

Carlos M. Sires