UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

---

SERVICIOS FUNERARIOS GG, S.A. DE C.V.,         Case No. 23-cv-10684

    Plaintiff/Counter-Defendant,

    v.

ADVENT INTERNATIONAL CORPORATION,

    Defendant/Counter-Plaintiff.

---

**DECLARATION OF CARLOS M. SIRES IN SUPPORT OF SERVICIOS FUNERARIOS GG, S.A. DE C.V.'s OBJECTIONS TO MAGISTRATE JUDGE BOAL'S ORDER ON MOTION TO COMPEL DEFENDANT TO SEARCH DOCUMENTS OF REQUESTED CUSTODIANS**

**(ORDER NO. 183)**

I, Carlos M. Sires, a Partner of the law firm of Boies Schiller Flexner, LLP that represents Plaintiff and Counterclaim-Defendant Servicios Funerarios GG, S.A. DE C.V. ("Servicios Funerarios") in this matter, respectfully submit this Declaration in Support of Servicios Funerarios's Objections to Magistrate Judge Boal's Order [Doc 183] on Motion to Compel Defendant to Search Documents of Requested Custodians and hereby state as follows:

1. Exhibit A annexed hereto is an April 5, 2021, Email from Octavio Trejo to Octavio Trejo, bearing the Bates number AIC00409348.

2. Exhibit B annexed hereto is a March 10, 2022, email from Trejo to Stenner, bearing the bates number AIC00429848.

3. Exhibit C annexed hereto is a September 15, 2021, email from Stenner to Powell, copying Paz, bearing the bates number AIC00429546.

4.  Exhibit D annexed hereto is a document dated April 4, 2021, which is an executed agreement in Spanish, bearing the Bates number GSO-01531030.

The foregoing is true and correct to the best of my knowledge.

Dated: November 21, 2023                                                Respectfully submitted,

| **LESSER, NEWMAN, ALEO & NASSER LLP** | **BOIES SCHILLER FLEXNER LLP** |
|---|---|
| Michael Aleo<br>Thomas Lesser<br>39 Main Street, Suite 1<br>Northampton, MA 01060<br>Telephone: (413) 584-7331<br>Facsimile: (413) 586-7076<br>aleo@LLN-law.com<br>lesser@LLN.law.com<br><br>*Counsel for Plaintiff / Counter-Defendant, Servicios Funerarios GG, S.A. de C.V.* | /s/ *Carlos M. Sires*<br>David Boies<br>333 Main Street<br>Armonk, NY 10504<br>Telephone: (914) 749-8200<br>Facsimile: (914) 749-8300<br>dboies@bsfllp.com<br>mayala@bsfllp.com<br><br>Carlos M. Sires<br>Jason Hilborn<br>401 East Las Olas Blvd., Suite 1200<br>Fort Lauderdale, FL 33301<br>Telephone: (954) 356-0011<br>Facsimile: (954) 356-0022<br>csires@bsfllp.com<br>jhilborn@bsfllp.com<br><br>*Counsel for Plaintiff / Counter-Defendant, Servicios Funerarios GG, S.A. de C.V.* |

**CERTIFICATE OF SERVICE**

I, Carlos M. Sires, hereby certify that the above was filed through the ECF system and that I have caused a true and correct copy of the above to be served on Plaintiff's counsel.

Date: November 21, 2023                                                By: */s/ Carlos M. Sires*
                                                                                            Carlos M. Sires