| | |
|---|---|
| **From:** | "Paz, Carlos" <CPaz@adventinternational.mx> |
| **Sent:** | Fri, 23 Apr 2021 10:44:03 -0500 (CDT) |
| **To:** | "Stenner, Veronica" <VStenner@AdventInternational.mx> |

REDACTED

CONFIDENTIAL
AIC00409348

CONFIDENTIAL

AIC00409349