| | |
|---|---|
| **From:** | Octavio Garcia <octaviogarcia2306@gmail.com> |
| **Sent:** | Thu, 10 Mar 2022 22:34:11 -0600 (CST) |
| **To:** | "vstenner@adventinternational.mx" <vstenner@adventinternational.mx> |
| **Subject:** | Fwd: Consulta pagos realizados Construcciones |
| **Attachments:** | Información Proyectos Especiales -Mexcap al_7_Mzo_2022.xlsx;4a4b871f-fd48-4d1b-a965-1f4d5340566c.pdf;341d150e-1833-4762-bea2-10f76ad209c6.pdf;TPU211005391F0000000001.pdf |

**CAUTION:** External Sender

Get Outlook for iOS

**From:** Octavio Trejo Garcia <otrejo@gayosso.com>
**Sent:** Tuesday, March 8, 2022 8:19
**To:** octaviogarcia2306@gmail.com
**Subject:** RV: Consulta pagos realizados Construcciones


Octavio Trejo G.
CFO Grupo Gayosso
55 85801858
otrejo@gayosso.com

**De:** Marco Antonio Vallejo Hernandez <mvallejo@gayosso.com>
**Enviado el:** lunes, 7 de marzo de 2022 08:50 p. m.
**Para:** Paola Hernandez <paola@mexcap.mx>; Paola Hernandez <paola@mexcap.mx>
**CC:** chagoya@mexcap.mx; Carlos Pena Vazquez <cpena@gayosso.com>; Octavio Trejo Garcia <otrejo@gayosso.com>
**Asunto:** RV: Consulta pagos realizados Construcciones

Hola, Paola:

Te envío la información solicitada.

Saludos,
Marco

---

Inicio del mensaje reenviado:

El 4 mar 2022, a la(s) 10:41, paola mexcap.mx <paola@mexcap.mx> escribió:

Buenos días estimado Marco,

Esperando te encuentres bien y deseándote un excelente fin de semana, nos comunicamos contigo con el fin de que nos puedas apoyar de favor compartiéndonos el detalle (archivo Excel) de todos los pagos totales o parciales que se han realizado hasta hoy respecto de las construcciones y habilitaciones contenidas en el Bucket 3, las cuales son:
- Sullivan Piso 6
- Sullivan Piso 9
- Mexicali
- Guadalajara
- Morelia
- Arcángel Miguel
- Rotonda

De igual manera nos puedes apoyar de favor con toda la documentación soporte (factura y comprobante de pago) que amparen cada uno de estos pagos por cada una de las construcciones y habilitaciones (las que apliquen).

Quedamos al pendiente de cualquier duda o comentario.

De antemano, muchas gracias por todo el apoyo que nos has brindado.

Saludos.

CONFIDENTIAL   AIC00429848



🖨 **Imprimir este e-mail puede ser innecesario para el medio ambiente, piénsalo dos veces.**

---

El contenido de la información en este correo electrónico y sus anexos puede ser información confidencial y privilegiada, y está destinada únicamente para uso de la persona o personas y/o entidad arriba mencionada. Si usted no es el destinatario, empleado o agente encargado de entregar este mensaje al destinatario, cualquier revisión, retransmisión o difusión le está estrictamente prohibido, puede ser ilícito el copiar, distribuir, o tomar cualquier acción en relación con el contenido de este correo electrónico, en caso de ser así favor de contactar al remitente, no imprimir y borrar dicho material en su sistema.

---

📧 341d150e-1833-4762-bea2-

📧 TPU211005391F000000000

📧 Información Proyectos Especiales -Mexcap al 7 Mzo

📧 4a4b871f-fd48-4d1b-a965-

CONFIDENTIAL