| | |
|---|---|
| From: | "Stenner, Veronica" <VStenner@AdventInternational.mx> |
| Sent: | Wed, 15 Sep 2021 08:15:11 -0500 (CDT) |
| To: | Jorge Powell <jorge.powell@cprubal.com.mx> |
| Cc: | "Paz, Carlos" <CPaz@adventinternational.mx> |

REDACTED

CONFIDENTIAL
AIC00429546

CONFIDENTIAL

AIC00429547