

Ciudad de México a 4 de abril de 2021.

Mariana del Rocío González Córdova
Representante Legal
Servicios Funerarios GG, S.A. de C.V.
Sullivan 71, San Rafael
Cuauhtémoc, Ciudad de México
CDMX

Estimada Licenciada González:

La presente carta (la "Carta Arreglo"), confirma el acuerdo entre Mexcap Partners S.C. ("MEXCAP") y Servicios Funerarios GG, S.A. de C.V. ("Cliente"), (en su conjunto, las "Partes") para la prestación de servicios de revisión financiera y contable con relación a la evaluación y cuantificación de ciertos pasivos y/o compromisos de inversiones de capital no registrados o revelados en el contexto de la adquisición del grupo Grupo Gayosso, S.A. de C.V. y subsidiarias (la "Compañía") por parte del Cliente (el "Análisis Financiero Contable").

A.  **Servicios.**

Nuestros servicios comprenderán (1) análisis y procedimientos de due diligence sobre la identificación, evaluación y cuantificación de ciertos pasivos no registrados y compromisos de inversiones de capital no reconocidos y (2) asesoría y recomendaciones respecto a reconocimiento de normas internacionales de información financiera, asuntos contractuales y financieros, siempre y cuando sean acordados con ustedes. Nuestro trabajo no incluye el análisis de todas las líneas de los estados financieros y solamente se enfocará en el análisis de la información proporcionada por la Compañía respecto al análisis de los pasivos y provisiones de obligaciones contractuales por contratos de previsión y validación de pasivos omitidos a una fecha determinada.

El arreglo considera, entre otros aspectos, ciertas normas y reglas aplicables de actuación profesional establecidas en el Código de Ética Profesional emitido por la Federación Internacional de Contadores ("IFAC", por sus siglas en inglés). Sujeto a las normas o reglas de actuación profesional, los requisitos de pre-aprobación del comité de auditoría o del consejo de administración del Cliente, de existir, los servicios que prestaremos (los "Servicios") se establecerán con base en las conversaciones sostenidas con ustedes, y en la medida en que avance el Análisis Financiero Contable y se obtenga información adicional. Basados en nuestras conversaciones hasta la fecha, el anexo B, adjunto al presente, describe nuestro entendimiento inicial de los Servicios que nos ha solicitado y que nosotros hemos acordado prestar. Dichos Servicios pueden cambiar o modificarse por consentimiento mutuo de las Partes si, por ejemplo, surgen circunstancias imprevistas. Trataremos puntualmente dichas circunstancias con ustedes y, de la misma manera, ustedes aceptan notificarnos de inmediato si se requiere realizar modificaciones a los Servicios.





**B. Comunicaciones, Uso y Distribución:**

La naturaleza del Análisis Financiero Contable requiere la comunicación oportuna al Cliente de nuestras observaciones que resulten durante la prestación de los Servicios. Por lo tanto, no será posible que todas nuestras comunicaciones se realicen en forma de informes escritos. Asimismo, cualquier información, documento u otra comunicación enviada por MEXCAP (como se define en nuestros Términos de Contratación, ya sea por escrito o de otra manera, cualquier informe o memorandos emitidos, deberán ser evaluados por el Cliente dentro del contexto de la naturaleza de los Servicios que MEXCAP ha convenido a realizar. Dicha información, documentos, comunicaciones, ya sea por escrito o por otro medio, se les denominará en su conjunto "Comunicaciones al Cliente".

Todas las Comunicaciones al Cliente son exclusivamente para beneficio del Cliente y ninguna otra persona o entidad podrá basarse en ellas. Bajo ninguna circunstancia se permitirá a ningún asesor profesional usar las Comunicaciones al Cliente con relación a (a) una opinión de razonabilidad, solvencia o de cualquier otro tipo; (b) una calificación de crédito o mejora de una calificación de crédito; (c) corretaje o suscripción de valores, cualquier tipo de valor o seguro de M&A; o (d) financiamiento (en el rol de inversionista, agente, corredor, suscriptor, síndico, prestamista, u otra capacidad similar). Adicionalmente, el Cliente puede preparar sus propios materiales con base en la información contenida en las Comunicaciones al Cliente y usar y revelar dichos materiales preparados por el cliente para fines externos

**C. Honorarios.**

Los honorarios de este compromiso, que, de acuerdo con los términos de la presente, son responsabilidad del Cliente, se estimarán en función de las tarifas del personal involucrado en este compromiso de acuerdo con las horas incurridas:

| Tarifa por hora | $ |
|---|---|
| Socio | 4,860 |
| Analista | 1,300 |

La determinación final de los honorarios de este compromiso se realizará conforme los avances de nuestro trabajo y poco después de que nuestro trabajo concluya o termine, y dichos honorarios deberán ser pagados una vez que se emita la factura correspondiente. La factura podrá ser emitida a Grupo Gayosso S.A. de C.V. o Servicios Funerarios GG, S.A. de C.V., indistintamente, siendo el Cliente que determine la razón social a la que se facturará y la que realizará el pago. Adicionalmente facturaremos gastos razonables administrativos y de oficina, tales como llamadas telefónicas, copias fotostáticas, mensajería, etc. y los gastos de viaje, alimentación y hospedaje previamente aprobados por ustedes.





A los honorarios se les adicionará el 16% del Impuesto al Valor Agregado (I.V.A.).

Adicionalmente, seremos compensados por tiempos y gastos (incluyendo, sin limitar, gastos y honorarios legales razonables), que MEXCAP pueda incurrir al considerar o responder a citatorios u otras solicitudes de documentación o información, o en participar como testigos en un proceso legal, regulatorio, de arbitraje u otros procedimientos que resulten de, o se relacionen con, este compromiso; en el entendido de que esto no aplicará cuando (1) nosotros seamos los demandados y el Cliente sea el demandante en dicho proceso; o (2) una autoridad competente determine que dicho procedimiento resultó principalmente de la negligencia, mala fe o dolo de MEXCAP.

D.   <u>Otros</u>.

El Cliente autoriza en este acto a MEXCAP para que (1) usen su nombre como parte de una lista general de clientes así como en citas específicas para fines de promoción de sus servicios frente a terceros, (2) hagan referencia genérica de este acuerdo, en cuanto al tipo de servicios objeto del mismo, y al uso del nombre comercial o logotipo, así como cualquier otra información relacionada, única y exclusivamente para fines de promoción de sus servicios frente a terceros sin que se otorgue licencia alguna del nombre comercial, logotipo u otra información del Cliente, al consumarse el Análisis Financiero Contable o cualquier transacción relacionada.

El Cliente puede dar por terminado todo o parte de este compromiso, en cualquier momento, por medio de una notificación por escrito a la otra parte con no menos de un (1) día previo a la fecha de terminación. MEXCAP puede terminar este compromiso total o parcialmente antes si determina que la prestación de cualquier parte de los Servicios está en conflicto con la ley, las normas o reglas de independencia o profesionales aplicables. MEXCAP informará al cliente de esta situación tan pronto como sea posible.

Este documento, junto con sus anexos, constituye el acuerdo total de las Partes con respecto a este compromiso; sustituye todos las demás acuerdos orales o escritos, entendimientos o contratos relativos a este compromiso y no puede ser modificada salvo por acuerdo escrito firmado por ambas Partes.

Si los términos anteriores son aceptables para ustedes y están de acuerdo con los Servicios, les solicitamos firmar la copia adjunta de esta carta en el espacio proporcionado para tal fin y devolvérnosla.





Apreciamos la oportunidad otorgada para servirlos y esperamos poder establecer una relación continua.

Atentamente,

Mexcap Partners S.C.

Por: _____
Miguel María Guillermo Rizo Patrón Cepeda
Representante Legal

Aceptado y acordado el día 4 de abril de 2021:

Servicios Funerarios GG, S.A. de C.V.

Por: _____
Mariana del Rocío González Córdova
Representante legal



## Apéndice A: LOS TÉRMINOS Y CONDICIONES DE CONTRATACIÓN

LOS TÉRMINOS Y CONDICIONES DE CONTRATACIÓN DE LOS SERVICIOS QUE AQUÍ SE SEÑALAN APLICARÁN AL PRESENTE ACUERDO. PARA LOS EFECTOS DEL PRESENTE DOCUMENTO, MEXCAP PARTNERS, S.C. SE DENOMINARÁ EN LO SUCESIVO COMO "MEXCAP" Y SERVICIOS FUNERARIOS GG S.A. DE C.V., SE DENOMINARÁ EN LO SUCESIVO COMO "EL CLIENTE", Y EN SU CONJUNTO COMO LAS "PARTES".

1.- Servicios

El Cliente acepta que:

a) Los Servicios pueden incluir asesoría y recomendaciones, sin embargo, MEXCAP no tomará decisión alguna en nombre del Cliente relacionada con la adopción de dicha asesoría o recomendaciones. En consecuencia, el Cliente es responsable de: (i) la ejecución y toma de decisiones; (ii) la designación de un miembro competente de la dirección para supervisar los Servicios; (iii) evaluar la adecuación y resultados de los Servicios; (iv) aceptar la responsabilidad de los resultados de los Servicios; (v) establecer y mantener controles internos, incluyendo sin limitación, el monitoreo de las actividades en curso. Para evitar dudas, MEXCAP será responsable por la prestación de los Servicios. MEXCAP tendrá derecho a basarse en toda la información que se le proporcione, así como en las decisiones y autorizaciones tomadas por el Cliente.

b) Con relación a los datos e información proporcionados por el Cliente a MEXCAP, el Cliente deberá contar con el derecho de proporcionar dichos datos e información, y deberá hacerlo únicamente de acuerdo con las leyes aplicables y, en caso de requerir llevar a cabo un procedimiento, dicho procedimiento deberá constar por escrito. Adicionalmente, el Cliente es responsable de obtener todas las autorizaciones y consentimientos necesarios de la Compañía para permitir que MEXCAP preste el Servicio, incluyendo la revelación de información confidencial de la Compañía a MEXCAP relacionada con este compromiso en nombre del Cliente.

c) Por su naturaleza, los Servicios son limitados y no incluyen todos aquellos asuntos relacionados con la Compañía que puedan ser pertinentes o necesarios para la evaluación del Cliente o consumación del Análisis Financiero Contable. Por consiguiente, los Servicios no deberán sustituir otras indagaciones y procedimientos que el Cliente deba realizar para el objetivo descrito anteriormente. La suficiencia de los Servicios que MEXCAP prestará conforme al presente acuerdo es exclusivamente responsabilidad del Cliente. Por ende, MEXCAP no será responsable en cuanto a la suficiencia de los Servicios para los propósitos del Cliente. Asimismo, MEXCAP no tiene responsabilidad alguna por realizar servicios o procedimientos adicionales a los convenidos con el Cliente ni para actualizar los Servicios ya prestados.

d) La prestación de los Servicios no constituye una auditoria llevada a cabo conforme a las normas de auditoria generalmente aceptadas, una revisión de los controles internos, ni servicios de atestiguamiento o revisión conforme a las normas establecidas por el IFAC u otro organismo regulador. Dichos servicios de auditoría o revisión, de existir, no forman parte de la carta arreglo a la que se anexan estos términos (la "Carta Arreglo"). Ni MEXCAP ni las Comunicaciones manifestarán una opinión o cualquier otra forma de aseveración con





respecto a cualquiera de los asuntos que resulten de la prestación de los Servicios, incluyendo aquellos relacionados con: (i) los estados financieros cualquier entidad o cualquier información financiera o de otro tipo, o controles internos o de operación de cualquier entidad, considerados en su totalidad en cualquier fecha o periodo; (ii) la razonabilidad y precio de cualquier transacción; (iii) las futuras operaciones de la Compañía; (iv) la legitimidad de los términos considerados en cualquier transacción; (v) cualquier información proyectada (incluyendo cualesquier modelos, proyecciones, pronósticos, presupuestos, sinergias, análisis de factibilidad, supuestos, estimaciones, metodologías o bases soporte), o la factibilidad o realización de dicha información proyectada.

e) Como parte de la prestación de nuestros Servicios, no realizamos evaluación alguna de los controles internos y de los procedimientos para informes financieros en los que la administración del Cliente pueda basar sus declaraciones relativas a la Ley Sarbanes-Oxley de 2002 ("Sarbanes-Oxley") u otra regulación relacionada. En consecuencia, MEXCAP no será responsables, ni garantizarán, que los controles y procedimientos de revelación de ninguna entidad cumplen con los requisitos de certificación de, o que los controles internos y los procedimientos de elaboración de estados financieros del Cliente o el Negocio son efectivos de acuerdo con lo requerido por, la Ley Sarbanes-Oxley, incluyendo, pero no limitado a, las secciones 302 y 404 de dicha Ley.

f) Los estados financieros de la Compañía, incluyendo la aplicación de principios contables para registrar los efectos del Análisis Financiero Contable son responsabilidad de la gerencia de la Compañía. Por consiguiente, cualquier comentario por parte de MEXCAP relativo al tratamiento contable de saldos o transacciones seleccionados, o la aplicación de principios contables relacionada con el Análisis Financiero Contable, tienen como finalidad servir únicamente como una guía general para asistir al Cliente a tener un mejor conocimiento de ciertos asuntos contables relacionados con la Compañía y de los efectos del Análisis Financiero Contable. Dichos comentarios se basan esencialmente en el entendimiento preliminar de MEXCAP de los hechos y circunstancias pertinentes y de la legislación vigente y, por lo tanto, están sujetos a cambios. Estos comentarios no constituyen un informe de la aplicación de los principios contables conforme a las normas establecidas por el IFAC o algún otro organismo regulador.

g) La prestación de los Servicios no constituye (i) una recomendación con respecto a ninguna transacción, incluyendo la compra o financiamiento de cualquier negocio, activos, pasivos o títulos; (ii) un estudio de mercado de factibilidad financiera; (iii) una opinión de legitimidad o de solvencia; (iv) una revisión, recopilación o cumplimiento de los procedimientos convenidos con respecto a la información financiera conforme a las normas establecidas por el IFAC. Los Servicios y las Comunicaciones al Cliente no tienen la intención de ser, ni deberán interpretarse como, "asesoría en inversión", de acuerdo con su significado en la Ley de Asesores de Inversión de 1940 de los Estados Unidos de Norteamérica. Queda entendido que MEXCAP no proporcionará, ni será responsable de proporcionar, asesoría legal conforme a lo aquí establecido. Asimismo, cualquier información proyectada será responsabilidad de la gerencia del Cliente o de la Compañía, según sea el caso. De esta manera, la gerencia del Cliente o de la Compañía, según sea el caso, es responsable de las declaraciones sobre sus planes, expectativas y de la revelación de información significativa que pueda afectar la realización final de la información proyectada, y MEXCAP no tiene ni tendrá responsabilidad por lo antes mencionado ni por la realización de la información proyectada. Por lo general, habrá diferencias entre la información proyectada y los resultados reales debido a que los acontecimientos y circunstancias frecuentemente no ocurren como se espera, y esas diferencias pueden ser materiales.





h) La prestación de los Servicios depende en gran medida de (i) el cumplimiento efectivo y oportuno de las responsabilidades del Cliente establecidas en la presente, así como sus decisiones y aprobaciones oportunas relacionadas con los Servicios y (ii) que el Cliente, la Compañía y sus respectivos asesores proporcionen a MEXCAP las herramientas razonables y las versiones precisas y completas del material e información relevante, incluyendo información solicitada por MEXCAP así como que respondan detallada y precisamente a las preguntas realizadas por MEXCAP. MEXCAP no es responsable de la precisión o integridad de la información proporcionada por o en nombre del Cliente o la Compañía, aun cuando MEXCAP tenga razón de tener conocimiento de dicha inexactitud o falta de integridad. No podrá confiarse en este compromiso para la detección de errores o fraudes, en caso de que existan.

i) Queda entendido que cualquier equipo de MEXCAP puede estar contratado para prestar servicios a Partes distintas del Cliente que estén considerando una transacción que involucre a la Compañía. MEXCAP ha establecido barreras éticas y salvaguardas de confidencialidad de tal forma que el equipo de trabajo que preste los servicios al Cliente será distinto a cualquier otro equipo de trabajo que preste los servicios a dichas Partes. Asimismo, la información confidencial, incluyendo la identidad del Cliente, obtenida durante la prestación de los Servicios, no será revelada a las otras Partes, salvo por consentimiento previo por escrito del Cliente. MEXCAP y su personal no tendrán responsabilidad con el Cliente por utilizar o revelar información, incluyendo la identidad de las otras Partes. MEXCAP considera que dichas relaciones no afectarán la objetividad de MEXCAP en el cumplimiento de los Servicios. Sin embargo, MEXCAP hace del conocimiento del Cliente la posibilidad de estas relaciones para evitar así cualquier malentendido.

2.- Confidencialidad

a) En el caso que MEXCAP obtenga cualquier tipo de información confidencial o de propiedad industrial del Cliente o la Compañía con relación a el Análisis Financiero Contable, MEXCAP no revelará dicha información a algún tercero sin el consentimiento del Cliente usando el mismo grado de cuidado que utilizan para mantener la confidencialidad de su propia información, pero bajo ninguna circunstancia menor a un nivel razonable de cuidado. La obligación de confidencialidad de MEXCAP estará vigente hasta por tres años contados a partir de la fecha de firma del presente instrumento. El Cliente autoriza revelar la información confidencial a: (i) personas o entidades autorizadas para recibir las Comunicaciones al Cliente de acuerdo con la Carta Arreglo, (ii) contratistas con relación a este acuerdo que hayan aceptado obligaciones de confidencialidad similares a las de esta cláusula 2, (iii) cuando lo requiera la ley o reglamento, o para responder a investigaciones gubernamentales, o conforme a las normas profesionales aplicables, o en relación con litigios relativos al presente; (iv) en el caso que dicha información: (a) sea o se vuelva del dominio público sin que sea el resultado de un incumplimiento del presente acuerdo; (b) se le proporcione a MEXCAP de manera no confidencial de una fuente razonablemente considere que no esté prohibido que se le revele después de las debidas investigaciones; (c) ya sea del conocimiento de MEXCAP sin ninguna obligación de confidencialidad conforme al presente; (d) sea desarrollada por MEXCAP independientemente de cualquier revelación de dicha información hecha a MEXCAP.

b) En el caso de que se requiera revelar información de acuerdo con la cláusula 2(a)(iii), MEXCAP deberá, hasta donde lo permitan las leyes o regulaciones, dar aviso inmediato al Cliente de modo que pueda ejercer las acciones, recursos o medios de defensa legal que conforme a derecho le correspondan. Si dichas acciones, recursos o medio de defensa no pueden ejercerse, MEXCAP sólo proporcionará la información que se les haya solicitado y deberán hacer lo que esté razonablemente a su alcance para que la confidencialidad de la información se afecte lo menos posible (incluyendo el ejercer acciones, recursos o medios para asegurar el tratamiento adecuado de la información confidencial). MEXCAP no se





opondrá a ninguna acción (y deberán, si y hasta donde el Cliente lo requiera, cooperar razonablemente con, asistir y unirse al, cliente en cualquier acción razonable) del Cliente para ejercer una acción, recurso o medio de defensa para asegurar el tratamiento adecuado de la información confidencial.

3.- Limitación de Daños e Indemnización

a) MEXCAP y su personal respectivo no serán responsables frente al Cliente por cualesquier reclamaciones, compromisos, pérdidas, daños, costos o gastos relacionados con esta Carta Arreglo o con los Servicios, por un monto total superior a los honorarios pagados por el Cliente a MEXCAP, salvo en el caso de que sean resultado de la negligencia, impericia, mala fe o dolo por parte de MEXCAP o su personal respectivo. Bajo ninguna circunstancia MEXCAP o su personal respectivo serán responsables ante el Cliente por ninguna pérdida, daños, gastos o perjuicios relacionados con este acuerdo o el Análisis Financiero Contable.

b) El Cliente indemnizará y libera de responsabilidad a MEXCAP y/o de su personal de cualquier demanda, obligaciones o gastos presentados por terceros relacionados con: (i) la presente Carta Arreglo o el Análisis Financiero Contable, salvo en el caso de que sea resultado de la negligencia, impericia, mala fe o dolo por parte de MEXCAP ii) un incumplimiento por parte del Cliente o de su personal de alguna de las disposiciones de esta Carta Arreglo, incluyendo las restricciones de uso y distribución de las Comunicaciones al Cliente, y (iii) el acceso o uso de las Comunicaciones del Cliente por un asesor profesional autorizado conforme al presente acuerdo.

c) En circunstancias en las que todas o una parte de las disposiciones de esta cláusula sean determinadas legalmente como inaccesibles, la obligación total de MEXCAP por cualquier reclamación no excederá la cantidad proporcional a la falta relativa que su conducta tenga sobre las demás conductas que originen dicha reclamación.

4.- Terceros y Uso Interno de la Asesoría de Planeación Fiscal

Nada estipulado en estos términos o en la Carta Arreglo es, o debe interpretarse, como, una condición de confidencialidad de acuerdo con la legislación fiscal aplicable sobre el tratamiento o la estructura fiscal relacionado con los servicios fiscales o transacciones relacionadas con los Servicios, las Comunicaciones al Cliente, y otros materiales relacionados con el tratamiento o la estructura fiscal (colectivamente, la "Asesoría de Planeación Fiscal"). Sin perjuicio de lo establecido esta Carta Arreglo, ninguno de los términos de este acuerdo limitan la revelación del Cliente de ninguna Asesoría de Planeación Fiscal. El cliente reconoce que ninguno de sus otros asesores fiscal ha impuesto o impondrá ninguna condición de confidencialidad relacionada con el tratamiento fiscal o la estructura fiscal asociada con los Servicios fiscales o el Análisis Financiero Contable. Los Servicios y las Comunicaciones al Cliente son para el beneficio exclusivo del Cliente, y ninguna persona o entidad diferente al Cliente ("tercero"). Ningún tercero puede beneficiarse de los Servicios ni de las Comunicaciones al Cliente. A menos de que se acuerde por escrito lo contrario con MEXCAP, ningún tercero puede basarse de ninguna forma o con ningún propósito en los Servicios o las Comunicaciones al Cliente.



5.- Uso interno

El uso por parte del Cliente de los documentos derivados de los Servicios prestados por MEXCAP estará restringido al propósito que se hubiere indicado, y en todo caso sólo para uso interno en los negocios del Cliente. El Cliente no divulgará cualesquiera de los documentos derivados de los Servicios prestados por MEXCAP y cualesquiera otros materiales confidenciales, ni tampoco las funciones de MEXCAP en su encargo, a ningún tercero (excepto a autoridades competentes en la medida en que así legalmente lo requieran) a menos que obtenga la autorización previa y por escrito de MEXCAP obligándose el Cliente a (i) suministrar a MEXCAP un borrador de la revelación que se pretende hacer, (ii) obtener la aprobación escrita de MEXCAP para que se incluya el



nombre o los documentos de MEXCAP en tal revelación, antes de que la misma se efectúe y (iii) en caso de que MEXCAP así lo solicite, obtener de las entidades o personas indicadas, y suministrar a MEXCAP, un convenio de confidencialidad y/o liberación en forma satisfactoria para MEXCAP, a criterio exclusivo de MEXCAP.

6.- Papeles de trabajo

Los papeles de trabajo preparados por MEXCAP en relación con este compromiso serán propiedad de MEXCAP. Si el Cliente lo solicita, MEXCAP podrá proporcionarle copias de alguno o de todos los papeles de trabajo que MEXCAP considere no sean de su propiedad a la administración del Cliente. El Cliente puede proporcionar acceso a esas copias a sus auditores externos en ejercicio de su auditoría. Sin embargo, no se puede proporcionar acceso a esas copias a otras terceras Partes sin la autorización previa por escrito de MEXCAP.

No se otorgará acceso a papeles de trabajo retenidos por MEXCAP y que no sean de su propiedad hasta que el Cliente le proporcione a MEXCAP una autorización por escrito y que la tercera parte le proporcione a MEXCAP un contrato que sea satisfactorio para MEXCAP relativo a ese acceso. Un representante de MEXCAP podrá estar presente durante el periodo en que a la tercera parte, incluyendo a los reguladores, se le proporcione acceso a papeles de trabajo que no sean propiedad de y que son retenidos por MEXCAP.

7.- Comunicaciones

Las Partes podrán considerar que la otra ha aprobado el envío de materiales confidenciales o de otra naturaleza relacionados con los Servicios prestados por vía facsimilar, correo electrónico (inclusive por Internet) o de voz, así como de otros medios de comunicación usados o aceptados por la otra parte, en el entendido de que ninguna de las Partes tiene control sobre el desempeño, confiabilidad, disponibilidad o seguridad del correo electrónico de Internet por lo que las Partes no serán responsables por pérdidas, daños, gastos, perjuicios o inconvenientes que resulten de la pérdida, demora, intercepción, corrupción o alternación de cualquier correo electrónico de Internet debido a cualquier causa fuera del control razonable de las Partes.

8.- Caso Fortuito y Fuerza Mayor

Ni MEXCAP, ni el Cliente serán responsables por demoras o incumplimientos ocasionados directa o indirectamente por circunstancias fuera de su control, caso fortuito y fuerza mayor, incluyendo actos, omisiones o falta de cooperación de MEXCAP, el Cliente o la Compañía o cualquier tercero; incendio u otra pérdida, desastres naturales, huelgas o disputas laborales, guerra u otro tipo de violencia o alguna ley, orden o requerimiento de cualquier entidad o autoridad gubernamental.



9.- Contratista Independiente

Cada parte de este acuerdo es un contratista independiente y ninguna parte es o será considerada, ni se pretenderá que actúe como, un empleado, agente, socio o representante de la otra parte.

10. Responsabilidad laboral

El presente acuerdo se rige por lo dispuesto en la legislación civil, por lo que no existe relación o dependencia, de subordinación ni laboral entre el Cliente y el personal que MEXCAP utilice para la prestación de los Servicios. Por lo anterior no existe ni existirá relación laboral alguna entre dicho personal y el Cliente ni éste será considerado como patrón sustituto o solidario. MEXCAP será único responsable frente al personal que contrate o asigne para realizar los Servicios objeto del presente Acuerdo. MEXCAP se obliga a responder directamente y a sacar en paz y a salvo al



Cliente de cualquier reclamación que en materia laboral o de seguridad social se le hiciere por el personal que hubiere contratado o asignado con relación al presente acuerdo.

11. No contratación

Las Partes convienen en que durante la vigencia del presente acuerdo y por un plazo de 1 (un) año posterior a la terminación o vencimiento del mismo, ninguna parte, salvo con el consentimiento previo por escrito de la otra parte, solicitará u ofrecerá empleo a un empleado de la otra parte que hubiera participado en la prestación de los Servicios.

La parte que contrate personal de la otra parte sin autorización por escrito de la otra parte se hará acreedor a una multa correspondiente a 12 (doce) meses de salario de la persona contratada, misma que deberá ser pagada dentro de un plazo máximo de 15 (quince) días posteriores al requerimiento de pago. Esta multa no aplicará por contrataciones hechas a través de un anuncio general de empleo bajo el curso natural del negocio.

12. No-exclusividad

Usted acepta y consiente que MEXCAP, a través de diversos equipos podrían haber prestado, podrían estar prestando, o podrían prestar en un futuro, otros servicios (incluyendo *due diligence* u otros servicios idénticos o similares a los Servicios, otros servicios de asesoría en transacciones y otros servicios, incluyendo, sin limitar, atestiguamiento,) en relación con el Análisis Financiero Contable, o una transacción relacionada, a otras Partes incluyendo (sin limitar) postores en competencia, la Compañía, el vendedor, o cualquier otra parte interesada en el Análisis Financiero Contable (de cualquiera de las Partes). Dichas otras Partes (quienes pueden incluir clientes actuales o futuros de MEXCAP) pueden tener, y es muy probable que tengan, intereses que compitan y/o estén en conflicto con los suyos.

Usted acepta que al equipo que esté prestando los Servicios no le será proporcionada, ni revelada, para su uso o beneficio, información que otro equipo perteneciente a MEXCAP, haya obtenido en el transcurso de la prestación de servicios a otras Partes en relación con el Análisis Financiero Contable o una transacción relacionada sujeta a una obligación de confidencialidad acordada con éstas y con otros terceros, aunque dicha información pueda ser, y es muy probable que sea, relevante para los Servicios. Usted acepta no interponer demanda alguna en contra de MEXCAP, no siendo ninguna de estas responsables por cualquier daño o perjuicio que surja de, o esté relacionado de alguna forma, con la prestación de servicios para otras Partes, conforme lo permite esta cláusula, o la no-revelación de información obtenida en el transcurso de la prestación de servicios.



Nada de lo contenido en esta sección invalida nuestras obligaciones para cumplir con los estándares profesionales aplicables o nuestras obligaciones de confidencialidad como se establece en la cláusula 2 de los Términos de Contratación.

13. Modificaciones

MEXCAP sólo se obliga a la prestación de los Servicios o la entrega de materiales especificados en el presente documento, y la ampliación o modificación del alcance de tales Servicios sólo surtirá efectos si se contiene en un convenio modificatorio válidamente celebrado por sus Partes. En la medida en que no se hayan precisado todos los detalles de los Servicios a ser prestados por MEXCAP, las Partes harán sus mejores esfuerzos y de buena fe para que se documenten a solicitud de cualquiera de las Partes. Salvo pacto escrito en contrario, los Servicios a ser prestados por MEXCAP no incluyen la rendición de testimonios, ni la participación en procedimientos o audiencias ante tribunales u otras agencias gubernamentales.



### 14. Vigencia e interpretación

Los acuerdos y compromisos del Cliente que por su naturaleza tengan la intención de continuar vigentes después de la prestación de los Servicios, continuarán vigentes después de prestados los servicios, así como a la expiración o terminación de este acuerdo y a la consumación del Análisis Financiero Contable. Cada una de las disposiciones de estos términos estarán limitadas a lo establecido en la ley, siendo aplicable lo anterior, a cualquier contrato, estatuto, alegato (como negligencia) o cualesquier otro medio que tenga como propósito la resolución de cualquier controversia. Se acuerda que a cualquier referencia hecha aquí o en la Carta Arreglo al término "incluyendo" le seguirá el término "sin limitación".

### 15. Limitación para entablar acción

Ninguna de las Partes podrá entablar acción alguna en relación con las condiciones presentes y sus anexos, sin importar su forma, si ha transcurrido más de un año a partir de la fecha de la causa de dicha acción, salvo la acción de pago cuando haya transcurrido un año posterior al vencimiento del mismo.

### 16. Rescisión

Las Partes acuerdan que el presente acuerdo podrá ser rescindido sin necesidad de intervención judicial, por el incumplimiento de las Partes a cualquiera de las obligaciones que se deriven para cada una de ellas en el presente acuerdo, bastando para ello requerimiento por escrito a la parte que incumpla.

### 17. Cesión y subcontratación

Salvo lo dispuesto a continuación, ninguna parte puede ceder ninguno de sus derechos u obligaciones sin el consentimiento por escrito de la otra parte. El Cliente da su consentimiento para que MEXCAP subcontrate cualquier porción de los Servicios a cualquier afiliada o entidad legal tercera; en el entendido de que dicha cesión o subcontratación no liberarán a MEXCAP de las obligaciones contenidas en la presente. Los servicios prestados bajo la presente por los subcontratistas de MEXCAP deberán ser facturados como honorarios bajo la misma base que los Servicios prestados por el personal de MEXCAP, a menos de que se acuerde lo contrario.

### 18. Solución de conflictos

En caso de presentarse alguna controversia entre las Partes derivada del presente acuerdo (en lo sucesivo "Controversia"), las Partes buscarán alcanzar una transacción amigable mediante negociación directa, misma que seguirá, en caso de ser necesario, con la intervención de personal de mayor nivel jerárquico de cada una de las Partes. De no llegarse a un acuerdo dentro del ámbito de las negociaciones, las Partes podrán someter la Controversia ante los tribunales competentes en la Ciudad de México.



### 19. Leyes Aplicables y Jurisdicción

Para todos los efectos del presente documento, incluyendo la interpretación y cumplimiento del mismo, el Cliente y MEXCAP expresamente se someten a las leyes aplicables y a los tribunales competentes en la Ciudad de México, México, renunciando a cualquiera otra jurisdicción que les pudiera corresponder en función de sus domicilios presentes o futuros, o por cualquier otra razón. En caso de que algún juzgado de jurisdicción competente determine que no es posible cumplir con alguna de las disposiciones de este instrumento jurídico, dicha disposición no



afectará el cumplimiento de las demás disposiciones, pero dicha disposición que no pueda cumplirse se tendrá por modificada y prevalecerá la intención de las Partes de conformidad con lo dispuesto por el artículo 1832 del Código Civil para la Ciudad de México.

20. Protección de datos personales

En virtud del objeto de la presente Carta Arreglo, el Cliente podrá remitir a MEXCAP diversos datos personales de empleados, socios, directivos, proveedores, clientes (en lo sucesivo "Datos Personales"). Las Partes están de acuerdo en que MEXCAP tendrá la calidad de "Encargado" en los términos de la Ley Federal de Protección de Datos Personales en Posesión de los Particulares, su Reglamento y demás disposiciones aplicables (en lo sucesivo denominado conjuntamente como "Ley de Datos"), teniendo exclusivamente las siguientes obligaciones: (i) tratar los Datos Personales para la realización del objeto de la presente Carta Arreglo, de conformidad con las instrucciones que al respecto le dé el Cliente; (ii) abstenerse de tratar los Datos Personales para finalidades distintas a las instruidas por el Cliente; (iii) implementar las medidas de seguridad que establece la Ley de Datos; (iv) guardar confidencialidad respecto de los Datos Personales tratados; (v) suprimir los Datos Personales en términos de la Ley de Datos; (vi) abstenerse de transferir los Datos Personales salvo en el caso de que el Cliente así lo disponga derivado de una subcontratación o cuando sea requerido por autoridad competente.

El Cliente manifiesta que obtuvo el consentimiento de cada titular previo a la obtención de los Datos Personales en los términos establecidos por la Ley de Datos, y que tanto el tratamiento como la remisión de los mismos están acordes con el aviso de privacidad correspondiente. Por lo anterior, en este acto el Cliente se obliga lisa y llanamente a sacar en paz y a salvo a MEXCAP de cualquier demanda, denuncia, reclamación o procedimiento, ya sea judicial o administrativo, interpuesto en su contra por el titular de los Datos Personales, así como de cualquier acción legal emprendida por el Instituto Nacional de Acceso a la Información y Protección de Datos (INAI) o por cualquier otra autoridad, con motivo del incumplimiento a la normatividad aplicable derivado de la remisión ilegal de los Datos Personales a MEXCAP, o de cualquier otro tratamiento indebido por parte del Cliente. Asimismo, el Cliente se obliga lisa y llanamente a indemnizar a MEXCAP por los daños y perjuicios que le llegare a ocasionar en virtud de haber incumplido la Ley de Datos.

El Cliente se compromete a indemnizar MEXCAP por los daños que puedan causar daños de conformidad el incumplimiento de la Ley de Datos.

21. Anticorrupción

Las Partes aceptan que el contenido de la presente cláusula es exclusivamente aplicable al objeto de la presente Carta Arreglo. En este sentido, el Cliente en este acto declara que tiene conocimiento que MEXCAP está obligada al cumplimiento del United Nations Global Compact, cuyos lineamientos generales se hacen constar en la política de anticorrupción y en los principios establecidos en el Código de Ética de MEXCAP.





## Apéndice B: Alcance de los Servicios de Cuantificación de pasivos omitidos y no registrados

Los análisis se efectuarán por los pasivos y obligaciones que no se habían revelado en el SPA (stock purchase agreement relacionado a la transacción de copra de las acciones de Grupo Gayosso) por parte de la antigua Administración y/o registrado en los estados financieros correspondientes que debieron haberse efectuado antes de la Fecha de Cierre (28/01/2021).

General

- ✓ Entendimiento general de la Compañía y de los procedimientos y políticas establecidas de manera histórica mediante por medio de walkthrough y entrevistas con los encargados de cada una de las áreas de la Compañía.
- ✓ Entendimiento de los contratos de previsión que se tienen con los clientes y su convergencia con la norma IFRS 15.
- ✓ Entendimiento del ambiente de control establecido tales como evaluación de las estructuras establecidas, políticas y procedimientos formalizados, líneas de reporte, autorizaciones y responsabilidades.
- ✓ Entendimiento de las políticas (definición, parámetros, cálculo, etc.) contables y operativas respecto de pasivos, reservas de pasivos (reserva de abandono y cancelaciones), ingresos y costos presentadas en los estados financieros auditados de los últimos ejercicios.
- ✓ Entendimiento de cierta información contable y gerencial proporcionada por la antigua administración como entendimiento general y contable de la Compañía antes y durante el proceso de compra de la Compañía.
- ✓ Entendimiento de los pasivos declarados en el SPA como pendientes de pago derivados de operaciones bancarias y financieras, proveedores de servicios y otros proveedores.
- ✓ Entendimiento del análisis técnico realizado por un tercero respecto de la política y registro de ingresos y costos asociados a éstos relacionados a los contratos de previsión que la Compañía tiene con sus clientes.

Pasivos omitidos

- ✓ Revisión documental y contable por partida que corresponda a un pasivo omitido confirmado y declarado por la Compañía validando los siguientes atributos: 1) comprobante de recepción del bien o del servicio, 2) factura, 3) comprobante de pago o estado de cuenta, 4) Registros contables de la factura y 5) cotizaciones realizadas a proveedores.
- ✓ Obtención por cada una de las áreas (contable, administrativa, operaciones, financiera, cementerios, legal y de TI) de los pasivos omitidos o bajados del sistema SAP previamente a la compra de la Compañía y del conocimiento de los encargados de dichas áreas con el detalle correspondiente (proveedor, concepto, número de pedido, fecha del documento, fecha de entrada a la contabilidad, plaza, observaciones e importe)





- ✓ Clasificación de las partidas por tipo de documentación (Factura y recepción del bien antes del 28/01/2021, con factura antes del cierre pero no recepción del bien, con recepción del bien antes del 28/01/2021, con factura antes del 28/01/2021 pero recepción después, cuenta con otro tipo de información antes del 28/01/2021 y declarados por la administración y en negociaciones con proveedores) y por tipo de pasivo (Vencido, no registrado o corriente, cancelado, pagado – provisionado y sin clasificación) proporcionadas por cada una de las áreas.

Obligaciones contractuales

- ✓ Entendimiento del cálculo de la reserva de abandono realizada por un tercero a petición de la Compañía de manera histórica y el cual no ha tenido actualización alguna, la cual es utilizada para el cálculo de la obligación contractual presentada en los estados financieros.
- ✓ Entendimiento de las bases obtenidas del sistema SAP por parte de la Compañía utilizadas para el cálculo de la obligación contractual presentada en los estados financieros auditados, las cuales contienen el detalle (año, clasificación, número del cliente, nombre del contrato, material, descripción o tipo de producto del que se trata, plaza a la que corresponde, costo unitario, "unetas" o unidades y el costo total) de cada uno de los productos con Fecha de Cierre al 28 de enero de 2021.
- ✓ Entendimiento y obtención de detalle de las gavetas dobles solicitadas por el ISSSTE y que no se encontraban registradas en la obligación contractual.
- ✓ Entendimiento y obtención del detalle del número de plaza, descripción (nombre de la funeraria, agencia, cementerio o mausoleo) y su ubicación correspondiente (estado y ciudad)
- ✓ Obtención de los costos actualizados a 2021 para cada uno de los productos y sus elementos relacionados (otros directos y componentes) mediante cotizaciones realizadas con terceros y facturas para cada una de las plazas existentes (en caso de aplicar).
- ✓ Cuantificación y resumen de la obligación contractual con los costos actualizados a 2021 a partir de las bases de SAP aplicando una reserva de abandono para todos los productos, tal y como se realizó en la cuantificación de la obligación contractual auditada
- ✓ Obtención del detalle de compras de ataúdes realizadas de manera histórica proporcionadas por la Compañía mediante el sistema SAP, así como los costos actualizados de aquellos ataúdes fabricados por una parte relacionada y la cuantificación del pasivo mediante un costo promedio ponderado por cada uno de los ataúdes y las categorías a las que éstos corresponden, dicha cuantificación considera la reserva de abandono contable.



Rehabilitaciones de espacios por obligaciones contractuales y otros pasivos requeridos por ley

- ✓ Entendimiento, obtención y revisión de documentación soporte (cotizaciones de proveedores y del área de Operaciones de la Compañía) respecto de aquellas habilitaciones y edificios no construidos que representan una obligación no revelada.



- ✓ Entendimiento, obtención y revisión de documentación soporte (cotizaciones de costos proveedores y metros lineales de bardas faltantes declarados por la Compañía y considerados obligatorios por el área legal).
- ✓ Cuantificación de los pasivos no considerados a partir de las cotizaciones proporcionadas por los proveedores de los dos puntos anteriores.

Reporte

- ✓ Cuantificación y resumen consolidado de todos los pasivos omitidos y CapEx no registrado.
- ✓ Elaboración de reporte ejecutivo resumiendo nuestros hallazgos y el soporte de nuestras pruebas.

