UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

---

SERVICIOS FUNERARIOS GG, S.A. DE C.V.,  Case No. 23-cv-10684

   Plaintiff/Counter-Defendant,

   v.

ADVENT INTERNATIONAL CORPORATION,

   Defendant/Counter-Plaintiff.

---

**DECLARATION OF CARLOS M. SIRES IN SUPPORT OF SERVICIOS FUNERARIOS GG, S.A. DE C.V.'s SERVICIOS FUNERARIOS'S LIMITED OBJECTIONS TO MAGISTRATE JUDGE BOAL'S ORDER ON DEFENDANT'S MOTION TO COMPEL**

**(ORDER NO. 182)**

I, Carlos M. Sires, a Partner of the law firm of Boies Schiller Flexner, LLP that represents Plaintiff and Counterclaim-Defendant Servicios Funerarios GG, S.A. DE C.V. ("Servicios Funerarios") in this matter, respectfully submit this Declaration in Support of Servicios Funerarios's Limited Objections to Magistrate Judge Boal's Order [Doc. 182] on Defendant's Motion to Compel and hereby state as follows:

1. Exhibit A annexed hereto is Servicios Funerarios's counsel's November 14, 2023, request to the Mexico Prosecutor, with an automated translation attached thereto.

2. Exhibit B annexed hereto is the Mexico Prosecutor's November 17, 2023, denial, translated with the assistance of machine-translation software.

The foregoing is true and correct to the best of my knowledge.

Dated: November 21, 2023                              Respectfully submitted,

**LESSER, NEWMAN, ALEO & NASSER LLP**         **BOIES SCHILLER FLEXNER LLP**

| | |
|---|---|
| Michael Aleo<br>Thomas Lesser<br>39 Main Street, Suite 1<br>Northampton, MA  01060<br>Telephone:  (413) 584-7331<br>Facsimile:  (413) 586-7076<br>aleo@LLN-law.com<br>lesser@LLN.law.com<br><br>*Counsel for Plaintiff / Counter-Defendant, Servicios Funerarios GG, S.A. de C.V.* | /s/ *Carlos M. Sires*<br>David Boies<br>333 Main Street<br>Armonk, NY  10504<br>Telephone:  (914) 749-8200<br>Facsimile:  (914) 749-8300<br>dboies@bsfllp.com<br>mayala@bsfllp.com<br><br>Carlos M. Sires<br>Jason Hilborn<br>401 East Las Olas Blvd., Suite 1200<br>Fort Lauderdale, FL 33301<br>Telephone: (954) 356-0011<br>Facsimile: (954) 356-0022<br>csires@bsfllp.com<br>jhilborn@bsfllp.com<br><br>*Counsel for Plaintiff / Counter-Defendant, Servicios Funerarios GG, S.A. de C.V.* |

## CERTIFICATE OF SERVICE

I, Carlos M. Sires, hereby certify that the above was filed through the ECF system and that I have caused a true and correct copy of the above to be served on Plaintiff's counsel.

Date:  November 21, 2023    By:/s/ *Carlos M. Sires*
                                              Carlos M. Sires