CI-FIEDF/T/UI-1 S/D/00882/06-2022

SEÑOR AGENTE DEL MINISTERIO PÚBLICO TITULAR DE LA UNIDAD DE INVESTIGACIÓN "C", DE LA FISCALÍA DE INVESTIGACIÓN ESTRATÉGICA DE DELITOS FINANCIEROS, DE LA FISCALÍA GENERAL DE JUSTICIA DE LA CIUDAD DE MÉXICO.

LUIS ALEJANDRO ALFARO JANET, en mi carácter de apoderado legal de la persona moral ofendida SERVICIOS FUNERARIOS GG, S.A. de C.V., respetuosamente, ante Usted, expongo:

Me refiero a su respuesta del 16 de octubre pasado, en la que negó la expedición de copias autenticadas para presentarlas como evidencia en el caso de fraude civil "Civil Action No. 23-CV-10684-IT", ante la Juez de Distrito de Massachusetts, en Estados Unidos de América, Jennifer C. Boal, entre SERVICIOS FUNERARIOS GG, S.A. de C.V., como parte actora y ADVENT INTERNATIONAL CORPORATION como demandada. Ante la objeción de mi representada para exhibirlas en aquel procedimiento por la limitación legal del artículo 218 del Código Nacional de Procedimientos Penales, la Juez consideró que *"no le sorprende que el Agente del Ministerio Público haya negado la petición por haberse solicitado directamente a Usted señor Fiscal"*, señalando ahora que la que se pretende obtener es la copia del expediente de la presente carpeta en poder de SERVICIOS FUNERARIOS GG, S.A. de C.V., que fue entregada por esa Fiscalía el 28 de octubre de 2022.

Por lo anterior, respetuosamente me permito insistir en esta nueva consulta, para que mi representada pueda exhibir en el procedimiento de Massachusetts la copia de la carpeta que obra en su poder y con ello dar cumplimiento con lo señalado en dicho juicio. SERVICIOS FUNERARIOS GG, S.A. de C.V., no tiene ninguna objeción en hacerlo y en que Advent International Corporation tenga pleno acceso a la misma, siempre y cuando no exista impedimento legal alguno para ello, que resulte en alguna responsabilidad legal para mi representada.

ATENTAMENTE

GSO-01662854

CI-FlEDFIT /Ul-1 S/D/00882/06-2022

MR. ATTORNEY OF THE PUBLIC MINISTRY, HEAD OF THE INVESTIGATION UNIT "C", OF THE STRATEGIC FINANCIAL CRIMES INVESTIGATION DIVISION, OF THE ATTORNEY GENERAL'S OFFICE OF JUSTICE OF MEXICO CITY. I, LUIS ALEJANDRO ALFARO JANET, in my capacity as the legal representative of the offended legal entity SERVICIOS FUNERARIOS GG, S.A. de C.V., respectfully present the following before you: I refer to your response from October 16th, in which you denied the issuance of authenticated copies to be presented as evidence in the civil fraud case "Civil Action No. 23-CV-10684-IT," before the District Judge of Massachusetts, in the United States of America, Jennifer C. Boal, between SERVICIOS FUNERARIOS GG, S.A. de C.V., as the plaintiff, and ADVENT INTERNATIONAL CORPORATION as the defendant. In response to my client's objection to presenting them in that proceeding due to the legal limitation of Article 218 of the National Code of Criminal Procedures, the Judge considered that "it is not surprising that the Public Ministry Agent denied the request because it was directly requested from you, Mr. Prosecutor," and now points out that what is sought is a copy of the file of the current case in the possession of SERVICIOS FUNERARIOS GG, S.A. de C.V., which was handed over by this Prosecutor's Office on October 28, 2022. Therefore, respectfully, I would like to insist on this new inquiry, so that my client can present a copy of the file that is in their possession in the Massachusetts proceedings and thus comply with what is indicated in said lawsuit. SERVICIOS FUNERARIOS GG, S.A. de C.V., has no objection to doing so and granting Advent International Corporation full access to it, provided that there is no legal impediment that results in any legal liability for my client.