

**Fiscalía General de Justicia**
Ciudad de México

**Coordinación General de Investigación Estratégica.**
**Fiscalía de Investigación Estratégica de Delitos Financieros.**

Agencia Investigadora del Ministerio Público "C".
Unidad de Investigación "C-6"
**CI-FIEDF/T/UI-1 S/D/00882/06-2022**



**"2023: AÑO DE FRANCISCO VILLA ,EL REVOLUCIONARIO DEL PUEBLO"**

## ACUERDO

En la Ciudad de México, siendo las 11:56 once horas con cincuenta y seis minutos del día 15 de noviembre del año 2023 dos mil veintitres, con fundamento en los artículos; 1°, 8°, 20 y 21 de la Constitución Politica de los Estados Unidos Mexicanos; 131 del Código Nacional de Procedimientos Penales. Vistos los registros que anteceden, el suscrito Agente del Ministerio Público, Licenciado Juan Ignacio Escamilla victoria adscrito a la Unidad de Investigación "C-6", de la Fiscalía de Investigación Estratégica de Delitos Financieros, de la Coordinación General de Investigación Estratégica, de la Fiscalía General de Justicia de la Ciudad de México;.-----
-----------------------------------------------------------------------------------------------------------------------------------
------------------------------------------------------ **D E T E R M I N A** ---------------------------------------------------
-----------------------------------------------------------------------------------------------------------------------------------

**Visto** para atender petición.- Escrito sin anexos y sin fecha, recibido en esta Fiscalía de Investigación Estratégica de Delitos Financieros, el días 14 catorce de noviembre de 2023 dos mil veintitres, suscrito por el **C. Luis Alejandro Alfaro Janet, Apoderado Legal de "Servicios Funerarios GG", S.A. de C.V.** quien insiste en una nueva consulta respecto a la solcitud copias autentificadas de la ´presente Carpeta de Investigación señalada al rubro y con la finalidad de exhibirlas como prueba en el Juicio por Fraude en la Corte Federal del Distrito de Massachusetts, en Estados Unidos de América, indetificado como: "Civil Action No. 23-CV-10684-IT" ante la Juez Jennifer C. Boal, entre SERVICIOS FUNERARIOS GG S.A. DE C.V., como parte actora y ADVENT INTERNATIONAL COPORATION, como Demandada" toda vez que los hechos de la demanda estan relacionados con los hechos denunciados. Al respecto, el personal actuante determina: ----------------------------------
-----------------------------------------------------------------------------------------------------------------------------------
------------------------------------------------ **C O N S I D E R A N D O S** -----------------------------------------------
-----------------------------------------------------------------------------------------------------------------------------------

**UNICO.-** Estese a lo determinado en el acuerdo de fecha 16 de octubre de 2023, y en consecuencia se reitera que la información contenida en las copias de la carpeta de investigación que ya le fueron otorgadas en su calidad de víctima del delito debe constreñirse al procedimiento penal a fin de, por un lado, respetar los derechos fundamentales de las partes y, por otro lado, garantizar la reserva de las investigaciones, con el objeto de procurar la correcta administración de justicia. -----------------------------------------------------------------------------------------
Con fundamento en los artículos 1°, 6°, 8° y 21 de la Constitución Política de los Estados Unidos Mexicanos; 1, 3, 5, fracción VIII, 40, fracciones II y XXI de la Ley General del Sistema Nacional de Seguridad Pública; 1, 2, 3, 4 (para los efectos de esta ley se entiende en posesión de los entes obligados, susceptible de ser tutelada por el derecho fundamental a la privacidad, intimidad, honor y dignidad y aquella que la ley prevea como tal), VIII (información de acceso restringido todo tipo de información en posesión de entes obligados, bajo las figuras de reservada o confidencial), IX, X (información reservada: la información pública que se encuentre temporalmente sujeta a alguna de las excepciones previstas en esta ley); 36 párrafo primero 37 fracción VII, 40, 42 y 50 de la Ley de Transparencia y Acceso a la Información Pública de la Ciudad de México y 105 y 218 delCódigo Nacional de Procedimientos Penales, se acuerda lo siguiente: De acuerdo con lo establecido en los artículos 105 y 218 del Código Nacional de Procedimientos Penales se prevé la reserva sobre la identidad de los sujetos procesales, así como la reserva de los actos de investigación, lo cual implica que únicamente las partes pueden tener acceso a las mismas, incluyendo que se les pueda expedir copia de ellas. Sin embargo, dichos registros de investigación tienen el carácter de reservados por lo que no pueden tener acceso personas ajenas a las partes en el procedimiento penal, debido a la protección del interés público y al resguardo de la investigación para procurar su eficacia y no poner en



1 de 2

*Digna Ocha y Placido No. 56, 2⁰ piso, Colonia Doctores,*
*Alcaldía Cuauhtémoc, C.P. 06720, Ciudad de México.*
*Teléfono 55 5346 8011*



**Fiscalía**
**General**
**de Justicia**
Ciudad de México

**Coordinación General de Investigación Estratégica.**
**Fiscalía de Investigación Estratégica de**
**Delitos Financieros.**

Agencia Investigadora del Ministerio Público "C".
Unidad de Investigación "C-6"
**CI-FIEDF/T/UI-1 S/D/00882/06-2022**



"2023: AÑO DE FRANCISCO VILLA ,EL REVOLUCIONARIO DEL PUEBLO"

peligro la misma... --------------------------------------------------------------------------------------------------
--------------------------------------------------------------------------------------------------------------------
------------------------------------------------ **R E S U E L V E** -----------------------------------------------------
--------------------------------------------------------------------------------------------------------------------

**PRIMERO.-** En términos de los artículos 1°, 6°, 8°, 16, 20 Apartados A, y C, 21 de la Constitución Política de los Estados Unidos Mexicanos; se da contestación al escrito de merito en los terminos señalados en el cuerpo del presente Acuerdo. ------------------------------------------------------------------------------------------------
--------------------------------------------------------------------------------------------------------------------

**-SEGUNDO.-** Notifíquese para todos los efectos a que haya lugar el presente acuerdo, en la dirección del correo electrónico (como preferente) proporcionado por el promoverte para tales efectos. ------------------------------
--------------------------------------------------------------------------------------------------------

**ATENTAMENTE**
**EL C. AGENTE DEL MINISTERIO PÚBLICO**



**LIC. JUAN IGNACIO ESCAMILLA VICTORIA**

2 de 2

*Digna Ocha y Placido  No. 56, 2[] piso, Colonia Doctores*
*Alcaldía Cuauhtémoc, C.P. 06720, Ciudad de México*
*Teléfono 55 5346 80*

RESOLUTION

In Mexico City, at 11:56 AM (eleven hours and fifty-six minutes) on November 15, 2023, based on articles 1°, 8°, 20, and 21 of the Political Constitution of the United Mexican States; 131 of the National Code of Criminal Procedures. Having reviewed the preceding records, the undersigned Public Prosecutor, Juan Ignacio Escamilla Victoria, assigned to the Investigation Unit "C-6", of the Strategic Investigation Prosecution of Financial Crimes, of the General Coordination of Strategic Investigation, of the General Prosecution of Justice of Mexico City determines the following:

Having considered the request: Document without attachments and date, received in this Strategic Investigation Prosecution of Financial Crimes on November 14, 2023, signed by Mr. Luis Alejandro Alfaro Janet, Legal Representative of "Servicios Funerarios GG", S.A. de C.V., who insists on a new inquiry regarding the request for authenticated copies of the mentioned Investigation File, with the purpose of presenting them as evidence in the Fraud Trial at the Federal Court of the District of Massachusetts, United States of America, identified as: "Civil Action No. 23-CV-10684-IT" before Judge Jennifer C. Boal, between SERVICIOS FUNERARIOS GG S.A. DE C.V., as plaintiff, and ADVENT INTERNATIONAL CORPORATION, as defendant, since the facts of the complaint are related to the reported facts. Regarding this, the acting staff determines:

CONSIDERATIONS

UNIQUE.- Adhere to the determination made in the agreement dated October 16, 2023, and therefore it is reiterated that the information contained in the copies of the investigation file already granted to you as a victim of the crime must be confined to the criminal proceeding in order to respect the fundamental rights of the parties and ensure the confidentiality of the investigations, for the proper administration of justice. Based on articles 1°, 6°, 8°, and 21 of the Political Constitution of the United Mexican States; 1, 3, 5, section VIII, 40, sections II and XXI of the General Law of the National Public Security System; 1, 2, 3, 4 (for the purposes of this law, it is understood in the possession of the obligated entities, protected by the fundamental right to privacy, intimacy, honor, and dignity, and as foreseen by the law), VIII (restricted access information: all types of information in the possession of obligated entities, under reserved or confidential classification), IX, X (reserved information: the public information temporarily subject to some of the exceptions provided in this law); 36 first paragraph, 37 section VII, 40, 42, and 50 of the Law of Transparency and Access to Public Information of Mexico City and 105 and 218 of the National Code of Criminal Procedures, the following is agreed: According to articles 105 and 218 of the National Code of Criminal Procedures, confidentiality over the identity of the procedural subjects and the investigation acts is established, which implies that only the parties can have access to them, including the issuance of copies. However, these investigation records are confidential, so individuals who are not part of the criminal proceeding cannot access them, due to the protection of public interest and the safeguarding of the investigation to ensure its effectiveness and not jeopardize it.

DECIDES

FIRST. - In terms of articles 1°, 6°, 8°, 16, 20 Sections A, and C, 21 of the Political Constitution of the United Mexican States; a response is given to the merits of the letter in the terms indicated in the body of this Resolution.

SECOND. - Notify this resolution for all relevant purposes, at the email address (as preferred) provided by the applicant for such effects.