IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SERVICIOS FUNERARIOS GG, S.A. DE C.V., <br><br> Plaintiff, <br><br> v. <br><br> ADVENT INTERNATIONAL CORPORATION, <br><br> Defendant, <br><br> and <br><br> ADVENT INTERNATIONAL CORPORATION, <br><br> Counterclaim-Plaintiff, <br><br> v. <br><br> SERVICIOS FUNERARIOS GG, S.A. DE C.V., <br><br> Counterclaim-Defendant. | Civil Action No. 23-cv-10684-IT <br><br> Referral: Hon. Jennifer C. Boal |

**ASSENTED TO MOTION FOR LEAVE TO FILE SURREPLY IN FURTHER OPPOSITION TO SERVICIOS FUNERARIOS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND RESPONSE TO INTERROGATORIES**

Pursuant to Local Rule 7.1(b)(3), Defendant and Counterclaim-Plaintiff Advent International Corporation n/k/a Advent International, L.P. ("AIC") respectfully seeks leave to file a surreply in further opposition to Plaintiff Servicios Funerarios GG, S.A. de C.V.'s ("SF") Motion to Compel Advent International Corporation to (1) Produce Documents and (2) Respond To Interrogatories (Dkt. 172). AIC has conferred with SF before filing this motion. SF does not object to AIC's filing a surreply and AIC, in turn, would not object to SF's filing a response.

1

On October 31, 2023, SF filed its Motion to Compel AIC to Produce Documents and Respond to Interrogatories (Dkt. 172). A principal component of SF's motion was its demand that AIC provide additional information in response to SF's Interrogatory No. 11, which asks AIC to "[i]dentify each instance where Servicios Funerarios used illegal, improper, or illegitimate means or conduct with respect to the Mexican criminal justice system," with "detail" about the nature and participants "including . . . any agreement with respect to the conduct (including, for example, any payment, arrangement, or quid pro quo)." Dkt. 173-16 at 7.

On November 14, 2023, AIC filed its opposition to SF's motion (Dkt. 188). AIC's opposition explained that, *inter alia*, AIC need not further respond to Interrogatory 11 until the completion of fact discovery. *See, e.g.*, Dkt. 188 at 3, 6, 14. On November 21, 2023, SF filed its reply in support of its motion to compel (Dkt. 196). In its reply, SF argues that "waiting for further discovery would not make the answer [to Interrogatory No. 11] substantially more complete." Dkt. 196 at 4–5.

At approximately 10:46 p.m. on November 14, 2023—mere hours after AIC filed its opposition (and 40 days after the substantial completion deadline)—SF produced its engagement letter with its Mexican criminal counsel. This document is highly material to AIC's opposition to SF's motion, including by further demonstrating that AIC's allegations are meritorious, and that additional evidence necessary to respond to Interrogatory 11 is in SF's sole possession.

AIC respectfully requests the Court's leave to file the attached surreply, in order to furnish the Court with a copy of relevant material that SF did not produce until after AIC had already responded to SF's motion to compel, and to briefly explain its relevance to the pending motion. AIC's proposed surreply is limited to these narrow points, which it could not have advanced earlier due to the timing of SF's production.

## **CONCLUSION**

For the foregoing reasons, AIC respectfully requests leave to file the proposed surreply attached hereto as Exhibit A.

Dated: November 30, 2023                      Respectfully submitted,

/s/ *Andrew J. Rossman*
Andrew J. Rossman (admitted pro hac vice)
Nicholas A. S. Hoy (admitted pro hac vice)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000
andrewrossman@quinnemanuel.com
nicholashoy@quinnemanuel.com

Gabriel F. Soledad (admitted pro hac vice)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
1300 I Street NW
Washington, D.C. 20005
(202) 538-8000
gabrielsoledad@quinnemanuel.com

Joseph H. Margolies (admitted pro hac vice)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606
(312) 705-7400
josephmargolies@quinnemanuel.com

Peter L. Welsh (No. 643261)
Daniel V. Ward (No. 667158)
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199
(617) 951-7050
Peter.Welsh@ropesgray.com
Daniel.Ward@ropesgray.com
*Counsel to Defendant and Counterclaim Plaintiff*

## LOCAL RULE 7.1 CERTIFICATION

      I certify pursuant to Local Rule 7.1, that counsel to Defendant and Counterclaim-Plaintiff Advent International Corporation conferred with counsel for Plaintiff and Counterclaim-Defendant Servicios Funerarios GG, S.A. de C.V. concerning the issues presented in this Motion on November 29, 2023.

                              /s/ *Andrew J. Rossman*

5

**CERTIFICATE OF SERVICE**

    I hereby certify that on this November 30, 2023, I caused to be served a copy of the foregoing document via the CM/ECF system on all counsel of record.

                                                /s/ *Andrew J. Rossman*

6