# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

SERVICIOS FUNERARIOS GG, S.A. DE C.V.,

        Plaintiff,

v.

ADVENT INTERNATIONAL
CORPORATION,

        Defendant,

        and                         Civil Action No. 23-cv-10684-IT

ADVENT INTERNATIONAL
CORPORATION,

        Counterclaim-Plaintiff,

v.

SERVICIOS FUNERARIOS GG, S.A. DE C.V.,

        Counterclaim-Defendant.

## DECLARATION OF GABRIEL F. SOLEDAD

I, Gabriel F. Soledad, a Partner of the law firm of Quinn Emanuel Urquhart & Sullivan, LLP that represents Defendant and Counterclaim-Plaintiff Advent International Corp. ("AIC") in this matter, respectfully submit this Declaration and hereby state as follows.

1.      Attached hereto as **Exhibit A-1** is a true and correct copy of GSO-01662852.

Date: November 30, 2023

                                     */s/ Gabriel F. Soledad*
                                     Gabriel F. Soledad

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this November 30, 2023, I caused a copy of the foregoing document to be served via the CM/ECF system on all counsel of record.


*/s/ Andrew J. Rossman*
Andrew J. Rossman

2