**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| SERVICIOS FUNERARIOS GG, S.A. DE C.V., <br><br> Plaintiff, <br><br> v. <br><br> ADVENT INTERNATIONAL CORPORATION, <br><br> Defendant, <br><br> and <br><br> ADVENT INTERNATIONAL CORPORATION, <br><br> Counterclaim-Plaintiff, <br><br> v. <br><br> SERVICIOS FUNERARIOS GG, S.A. DE C.V., <br><br> Counterclaim-Defendant. | Civil Action No. 23-cv-10684-IT |

***ASSENTED TO* MOTION TO EXTEND THE DEADLINE FOR AIC**
**TO FILE ITS OPPOSITION TO SERVICIOS FUNERARIOS'**
**MOTIONS TO COMPEL**

Defendant and Counterclaim-Plaintiff Advent International Corporation, n/k/a Advent International, L.P. ("AIC") respectfully moves this Court, pursuant to Federal Rule of Civil Procedure 6(b), to extend the deadline to file its opposition to Servicios Funerarios GG, S.A. de C.V.'s ("SF") Motion to Compel AIC to Answer Interrogatories (Doc. No. 298) and Motion to Compel AIC to Produce Documents (Doc. No. 301) (collectively, the "Motions to Compel"), from April 19, 2024, until April 25, 2024.  Undersigned counsel certifies that the parties have conferred pursuant to Local Rule 7.1(a)(2), and counsel for SF has assented to this motion.  As grounds for this motion, AIC states as follows:

1. SF filed the Motions to Compel on March 28, 2024.

2. The original deadline for AIC to file its oppositions was April 12, 2024.

3. AIC previously sought, with SF's consent, a one week extension of the deadline to file its oppositions, until April 19, 2024. (Doc. No. 326).  The Court granted this extension of time.  (Doc. No. 327).

4. Due to counsel's unanticipated professional and personal obligations, AIC would benefit from additional time to address and narrow the numerous issues raised in SF's Motions to Compel.

5. Accordingly, AIC respectfully requests a brief extension of the deadline to respond to SF's Motions to Compel.

6. The extension of this deadline will not impact any other deadlines in this case.

7. SF has assented to this motion.

WHEREFORE, AIC respectfully asks the Court to extend the deadline to file its

oppositions to SF's Motions to Compel from April 19, 2024, until April 25, 2024.


Dated:  April 18, 2024

Peter L. Welsh (No. 643261)
Daniel V. Ward (No. 667158)
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199
(617) 951-7050
Peter.Welsh@ropesgray.com
Daniel.Ward@ropesgray.com

Joseph H. Margolies*
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606
(312) 705-7400
josephmargolies@quinnemanuel.com

*Counsel to Defendant and Counterclaim Plaintiff*

Respectfully submitted,

/s/ Andrew J. Rossman
Andrew J. Rossman*
Nicholas A. S. Hoy*
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000
andrewrossman@quinnemanuel.com
nicholashoy@quinnemanuel.com

Gabriel F. Soledad*
Valerie J. Ramos*
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
1300 I Street NW
Washington, D.C. 20005
(202) 538-8000
gabrielsoledad@quinnemanuel.com
valerieramos@quinnemanuel.com

*Admitted Pro Hac Vice

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of April, 2024, I caused to be served a copy of the foregoing document via the CM/ECF system on all counsel of record.

*/s/ Andrew J. Rossman*

*Counsel to Defendant and Counter-Claim Plaintiff*