

**CARLOS M. SIRES**
Telephone: 954.377.4202
Email: csires@bsfllp.com

October 18, 2024

<u>VIA CM/ECF</u>

Hon. Indira Talwani
United States District Judge
United States District Court for the District of Massachusetts
John Joseph Moakley United States Courthouse
1 Courthouse Way
Boston, MA 02210

Re: *Servicios Funerarios GG, S.A. De C.V., v. Advent International Corporation*,
Case No.: 23-cv-10684, Proposed Schedule

Dear Judge Talwani:

      We write on behalf of Plaintiff and Counterclaim-Defendant Servicios Funerarios GG, S.A. De C.V. ("SF") in advance of this morning's case management conference. The parties have met and conferred, and as a result, have narrowed the issues before the Court this morning. However, the parties continue to disagree about the appropriate intervals between events. Further, after our meet-and-confer yesterday, the Defendant filed a motion to yet again extend the protective order preventing the depositions of two key witnesses until December 31. While Plaintiffs will strenuously object to this motion, the motion shows why the SF believes the Court should not allow further delay of this action. It is for this reason, among the other delay tactics put forth by Defendants, that Plaintiffs request a firm trial date be set at today's hearing.

      For the Court's convenience, SF's proposed schedule is below:

|  | **Current** | **SF Proposal** |
|---|---|---|
| **1st 5 Depos** | 9/24 | 1/17 |
| **Close of Fact Discovery** | 10/29 | 1/31 |
| **P/CP Expert Reports** | 11/18 | 2/14 |
| **Identify D/CD Experts** |  | 2/21 |
| **D/CD Expert Reports** | 12/2 | 2/28 |
| **Dispositive Motions** | 12/6 | 3/7 |
| **Expert Depos** | 1/31 | 3/21 |
| **Daubert Motions** | 2/28 | 4/4 |
| **Opp to Daubert** | 3/28 | 4/18 |
| **Trial Date*** |  | 5/2 |

*On or about this date, subject to the parties' and the Court's availability.

BOIES SCHILLER FLEXNER LLP

401 East Las Olas Boulevard, Suite 1200, Fort Lauderdale, FL 33301 | (t) 954 356 0011 | (f) 954 356 0022 | www.bsfllp.com


October 18, 2024
Page 2

 

                                                Very truly yours,

                                                */s/ Carlos M. Sires*

                                                Carlos M. Sires